AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| PANGEA LEGAL SERVICES; DOLORES STREET COMMUNITY SERVICES, INC.; CATHOLIC LEGAL IMMIGRATION NETWORK, INC.; and CAPITAL AREA IMMIGRANTS' RIGHTS COALITION, <br><br> *Plaintiff(s)* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; CHAD F. WOLF; KENNETH T. CUCCINELLI; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TONY H. PHAM; U.S. CUSTOMS AND BORDER PROTECTION; MARK A. MORGAN; U.S. DEPARTMENT OF JUSTICE; WILLIAM P. BARR; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; and JAMES MCHENRY, <br><br> *Defendant(s)* | Civil Action No.  3:20-cv-7721 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   See Attachment A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Naomi Igra (SBN. 269095)
naomi.igra@sidley.com
SIDLEY AUSTIN LLP
555 California Street Suite 2000
San Francisco, CA 94104
Phone: (415) 772-1200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-7721

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**ATTACHMENT A**

| | |
|---|---|
| U.S. Department of Homeland Security<br>c/o Office of the General Counsel<br>2707 Martin Luther King Jr. Ave SE<br>Mail Stop 0485<br>Washington, DC 20528-0485<br>Email: ogc@hq.dhs.gov | Chad F. Wolf,<br>*under the title of Acting Secretary of Homeland Security*<br>U.S. Department of Homeland Security<br>c/o Office of the General Counsel<br>2707 Martin Luther King Jr. Ave SE<br>Mail Stop 0485<br>Washington, DC 20528-0485<br>Email: ogc@hq.dhs.gov |
| Kenneth T. Cuccinelli,<br>*under the title of Senior Official Performing the Duties of the Deputy Secretary for the Department of Homeland Security*<br>U.S. Department of Homeland Security<br>c/o Office of the General Counsel<br>2707 Martin Luther King Jr. Ave SE<br>Mail Stop 0485<br>Washington, DC 20528-0485<br>Email: ogc@hq.dhs.gov | |
| U.S. Citizenship and Immigration Services<br>c/o Office of the Chief Counsel<br>20 Massachusetts Ave. NW, Room 4210<br>Washington, DC 20529<br>Email: uscis.serviceofprocess@uscis.dhs.gov | |
| U.S. Immigration and Customs Enforcement<br>c/o Office of the Principal Legal Advisor<br>500 12th St. SW, Mail Stop 5900<br>Washington, DC 20536–5900 | Tony H. Pham, *under the title of Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement*<br>c/o Office of the Principal Legal Advisor<br>500 12th St. SW, Mail Stop 5900<br>Washington, DC 20536–5900 |
| U.S. Customs and Border Protection<br>c/o Office of Chief Counsel<br>1300 Pennsylvania Avenue, Suite 4.4–B<br>Washington, DC 20229<br>Email: cbpserviceintake@cbp.dhs.gov | Mark A. Morgan, *under the title of Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection*<br>c/o Office of Chief Counsel<br>1300 Pennsylvania Avenue, Suite 4.4–B<br>Washington, DC 20229<br>Email: cbpserviceintake@cbp.dhs.gov |

| | |
|---|---|
| U.S. Department of Justice<br>c/o U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | William P. Barr, *under the title of U.S. Attorney General*<br>c/o U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| c/o Executive Office for Immigration Review<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | James McHenry, *under the title of Director of the Executive Office for Immigration Review*<br>c/o Executive Office for Immigration Review<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |