Naomi A. Igra, SBN 269095
naomi.igra@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

Sabrineh Ardalan (*pro hac vice* forthcoming)
sardalan@law.harvard.edu
Philip L. Torrey (*pro hac vice* forthcoming)
ptorrey@law.harvard.edu
HARVARD LAW SCHOOL
HARVARD IMMIGRATION AND REFUGEE CLINICAL PROGRAM
6 Everett Street, WCC 3103
Cambridge, MA 02138
Telephone: +1 617 384 7504
Facsimile: +1 617 495 8595

Sirine Shebaya (*pro hac vice* forthcoming)
sirine@nipnlg.org
NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD
2201 Wisconsin Avenue N.W., Suite 200
Washington, D.C. 20007
Telephone: +1 202 656 4788
Facsimile: +1 617 227 5495

Leila Kang (*pro hac vice* forthcoming)
leila@immdefense.org
IMMIGRANT DEFENSE PROJECT
40 W. 39th Street, Fifth Floor
New York, NY 10018
Telephone: +1 646 762 8428

*Attorneys for Plaintiffs*
(Additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| PANGEA LEGAL SERVICES; DOLORES STREET COMMUNITY SERVICES, INC.; CATHOLIC LEGAL IMMIGRATION NETWORK, INC.; and CAPITAL AREA IMMIGRANTS' RIGHTS COALITION,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY;<br>CHAD F. WOLF, *under the title of Acting Secretary of Homeland Security*;<br>KENNETH T. CUCCINELLI, *under the title of Senior Official Performing the Duties of the Deputy Secretary for the Department of Homeland Security;*<br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; | Case No. 3:20-cv-7721<br><br>**PLAINTIFF PANGEA LEGAL SERVICES' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-15**<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| 1 | U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; |
| 2 | TONY H. PHAM, *under the title of Senior Official Performing the Duties of the Director of U.S.* |
| 3 | *Immigration and Customs Enforcement*; U.S. CUSTOMS AND BORDER PROTECTION; |
| 4 | MARK A. MORGAN, *under the title of Senior Official Performing the Duties of the Commissioner* |
| 5 | *of U.S. Customs and Border Protection*; |
| 6 | U.S. DEPARTMENT OF JUSTICE; WILLIAM P. BARR, *under the title of U.S.* |
| 7 | *Attorney General*; EXECUTIVE OFFICE FOR IMMIGRATION |
| 8 | REVIEW; and JAMES MCHENRY, *under the title of Director of* |
| 9 | *the Executive Office for Immigration Review*, |
| 10 | Defendants. |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15, the undersigned, counsel of record for Plaintiff Pangea Legal Services ("Pangea"), certifies as follows:

1. Pursuant to Fed. R. Civ. P. 7.1, Pangea hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

2. Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted,

DATE: November 2, 2020

Sirine Shebaya (*pro hac vice* forthcoming)
sirine@nipnlg.org
Cristina Velez*
*Not admitted in DC; working remotely from and barred in New York
cristina@nipnlg.org (*pro hac vice* forthcoming)
NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD
2201 Wisconsin Avenue N.W., Suite 200
Washington, D.C. 20007
Telephone: +1 202 656 4788
Facsimile: +1 617 227 5495

Sabrineh Ardalan (*pro hac vice* forthcoming)
sardalan@law.harvard.edu
Philip L. Torrey (*pro hac vice* forthcoming)
ptorrey@law.harvard.edu
Sameer Ahmed, SBN 319609
sahmed@law.harvard.edu
HARVARD LAW SCHOOL
HARVARD IMMIGRATION AND REFUGEE CLINICAL PROGRAM
6 Everett Street, WCC 3103
Cambridge, MA 02138
Telephone: +1 617 384 7504
Facsimile: +1 617 495 8595

Leila Kang (*pro hac vice* forthcoming)
leila@immdefense.org
Nabilah Siddiquee (*pro hac vice* forthcoming)
nabilah@immdefense.org
IMMIGRANT DEFENSE PROJECT
40 W. 39th Street, Fifth Floor
New York, NY 10018

  */s/ Naomi A. Igra*
Naomi A. Igra, SBN 269095
naomi.igra@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

Tobias S. Loss-Eaton
(*pro hac vice* forthcoming)
tlosseaton@sidley.com
Chike B. Croslin (*pro hac vice* forthcoming)
ccroslin@sidley.com
Alice A. Wang (*pro hac vice* forthcoming)
alice.wang@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736 8000
Facsimile: +1 202 736 8711

Jack W. Pirozzolo (*pro hac vice* forthcoming)
jpirozzolo@sidley.com
Kenyon C. Hall (*pro hac vice* forthcoming)
kenyon.hall@sidley.com
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
Telephone: +1 617 223 0300
Facsimile: +1 617 223 0301

1

PLAINTIFF PANGEA LEGAL SERVICES' CORPORATE DISCLOSURE STATEMENT & CERTIFICATION OF INTERESTED ENTITIES, CASE NO. 3:20-cv-7721

Telephone: +1 646 762 8428

*Attorneys for Plaintiffs*

---

2

PLAINTIFF PANGEA LEGAL SERVICES' CORPORATE DISCLOSURE STATEMENT & CERTIFICATION OF INTERESTED ENTITIES, CASE NO. 3:20-cv-7721