| | |
|---|---|
| Naomi A. Igra, SBN 269095<br>naomi.igra@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: +1 415 772 1200<br>Facsimile: +1 415 772 7400 | Sirine Shebaya (*pro hac vice* forthcoming)<br>sirine@nipnlg.org<br>NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD<br>2201 Wisconsin Avenue N.W., Suite 200<br>Washington, D.C. 20007<br>Telephone: +1 202 656 4788<br>Facsimile: +1 617 227 5495 |
| Sabrineh Ardalan (*pro hac vice* forthcoming)<br>sardalan@law.harvard.edu<br>Philip L. Torrey (*pro hac vice* forthcoming)<br>ptorrey@law.harvard.edu<br>HARVARD LAW SCHOOL<br>HARVARD IMMIGRATION AND REFUGEE CLINICAL PROGRAM<br>6 Everett Street, WCC 3103<br>Cambridge, MA 02138<br>Telephone: +1 617 384 7504<br>Facsimile: +1 617 495 8595 | Leila Kang (*pro hac vice* forthcoming)<br>leila@immdefense.org<br>IMMIGRANT DEFENSE PROJECT<br>40 W. 39th Street, Fifth Floor<br>New York, NY 10018<br>Telephone: +1 646 762 8428 |

*Attorneys for Plaintiffs*
(Additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| PANGEA LEGAL SERVICES; DOLORES STREET COMMUNITY SERVICES, INC.; CATHOLIC LEGAL IMMIGRATION NETWORK, INC.; and CAPITAL AREA IMMIGRANTS' RIGHTS COALITION,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY;<br>CHAD F. WOLF, *under the title of Acting Secretary of Homeland Security*;<br>KENNETH T. CUCCINELLI, *under the title of Senior Official Performing the Duties of the Deputy Secretary for the Department of Homeland Security*;<br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; | Case No. 3:20-cv-7721<br><br>**PLAINTIFF CATHOLIC LEGAL IMMIGRATION NETWORK, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-15**<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| 1 | U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; |
| 2 | TONY H. PHAM, *under the title of Senior Official Performing the Duties of the Director of U.S.* |
| 3 | *Immigration and Customs Enforcement*; U.S. CUSTOMS AND BORDER PROTECTION; |
| 4 | MARK A. MORGAN, *under the title of Senior Official Performing the Duties of the Commissioner* |
| 5 | *of U.S. Customs and Border Protection*; U.S. DEPARTMENT OF JUSTICE; |
| 6 | WILLIAM P. BARR, *under the title of U.S. Attorney General*; |
| 7 | EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; and |
| 8 | JAMES MCHENRY, *under the title of Director of the Executive Office for Immigration Review,* |
| 9 | Defendants. |

PLAINTIFF CATHOLIC LEGAL IMMIGRATION NETWORK INC.'S CORPORATE DISCLOSURE STATEMENT & CERTIFICATION OF INTERESTED ENTITIES,
CASE NO. 3:20-cv-7721

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15, the undersigned, counsel of record for Plaintiff Catholic Legal Immigration Network, Inc. ("CLINIC"), certifies as follows:

1. Pursuant to Fed. R. Civ. P. 7.1, CLINIC hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

2. Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted,

DATE: November 2, 2020
Sirine Shebaya (*pro hac vice* forthcoming)
sirine@nipnlg.org
Cristina Velez*
*Not admitted in DC; working remotely from and barred in New York
cristina@nipnlg.org (*pro hac vice* forthcoming)
NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD
2201 Wisconsin Avenue N.W., Suite 200
Washington, D.C. 20007
Telephone: +1 202 656 4788
Facsimile: +1 617 227 5495

Sabrineh Ardalan (*pro hac vice* forthcoming)
sardalan@law.harvard.edu
Philip L. Torrey (*pro hac vice* forthcoming)
ptorrey@law.harvard.edu
Sameer Ahmed, SBN 319609
sahmed@law.harvard.edu
HARVARD LAW SCHOOL
HARVARD IMMIGRATION AND REFUGEE CLINICAL PROGRAM
6 Everett Street, WCC 3103
Cambridge, MA 02138
Telephone: +1 617 384 7504
Facsimile: +1 617 495 8595

Leila Kang (*pro hac vice* forthcoming)
leila@immdefense.org
Nabilah Siddiquee (*pro hac vice* forthcoming)
nabilah@immdefense.org
IMMIGRANT DEFENSE PROJECT
40 W. 39th Street, Fifth Floor
New York, NY 10018

*/s/ Naomi A. Igra*
Naomi A. Igra, SBN 269095
naomi.igra@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

Tobias S. Loss-Eaton
(*pro hac vice* forthcoming)
tlosseaton@sidley.com
Chike B. Croslin (*pro hac vice* forthcoming)
ccroslin@sidley.com
Alice A. Wang (*pro hac vice* forthcoming)
alice.wang@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736 8000
Facsimile: +1 202 736 8711

Jack W. Pirozzolo (*pro hac vice* forthcoming)
jpirozzolo@sidley.com
Kenyon C. Hall (*pro hac vice* forthcoming)
kenyon.hall@sidley.com
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
Telephone: +1 617 223 0300
Facsimile: +1 617 223 0301

Telephone: +1 646 762 8428

*Attorneys for Plaintiffs*

2

PLAINTIFF CATHOLIC LEGAL IMMIGRATION NETWORK INC.'S CORPORATE DISCLOSURE STATEMENT & CERTIFICATION OF INTERESTED ENTITIES, CASE NO. 3:20-cv-7721