Naomi Igra, SBN 269095
naomi.igra@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

Sabrineh Ardalan (*pro hac vice* pending)
sardalan@law.harvard.edu
HARVARD LAW SCHOOL
HARVARD IMMIGRATION AND REFUGEE
CLINICAL PROGRAM
6 Everett Street, WCC 3103
Cambridge, MA 02138
Telephone: +1 617 384 7504

Sirine Shebaya (*pro hac vice* pending)
sirine@nipnlg.org
NATIONAL IMMIGRATION PROJECT OF
THE NATIONAL LAWYERS GUILD
2201 Wisconsin Avenue NW, Suite 200
Washington, D.C. 20007
Telephone: +1 202 656 4788

Leila Kang (*pro hac vice* pending)
leila@immdefense.org
IMMIGRANT DEFENSE PROJECT
40 W. 39th Street, Fifth Floor
New York, NY 10018
Telephone: +1 646 762 8428

*Attorneys for Plaintiffs*                                (Additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| PANGEA LEGAL SERVICES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*, <br><br> Defendants. | Case No. 3:20-cv-7721 <br><br> **PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** <br><br> Assigned to Hon. <br><br> Date: <br> Time: <br> Courtroom: <br><br> **<u>RELIEF REQUESTED BY 5:00 P.M., NOVEMBER 19, 2020</u>** |

**EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

PLEASE TAKE NOTICE that Plaintiffs Pangea Legal Services, Dolores Street Community Services, Inc., Catholic Legal Immigration Network Inc., and Capital Area Immigrants' Rights Coalition will, and do, move the Court under Federal Rule of Civil Procedure 65 for a temporary restraining order (TRO) and order to show cause why a preliminary injunction should not issue against Defendants Department of Homeland Security; Chad F. Wolf, in his purported official capacity as Acting Secretary of the Department of Homeland Security; United States Citizenship and Immigration Services; Kenneth T. Cuccinelli, in his official capacity as the Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services; U.S. Immigration and Customs Enforcement; Tony H. Pham, in his official capacity as the Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement; U.S. Customs and Border Protection; Mark A. Morgan, in his official capacity as Acting Commissioner of U.S. Customs and Border Protection; United States Department of Justice; William P. Barr, in his official capacity as United States Attorney General; Executive Office for Immigration Review; and James McHenry, in his official capacity as Director of the Executive Office for Immigration Review.

Plaintiffs respectfully move the Court to enter a nationwide TRO and preliminary injunction maintaining the *status quo* and enjoining Defendants from implementing or enforcing the rule titled *Procedures for Asylum and Bars to Asylum Eligibility*, 85 Fed. Reg. 67202 (Oct. 21, 2020) ("Final Rule"), pending final judicial resolution of this action. This motion is based on this Ex Parte Motion, the accompanying Complaint for Declaratory and Injunctive Relief, the accompanying Memorandum of Points and Authorities, the accompanying proposed Temporary Restraining Order, the accompanying supporting declarations, as well as the papers, evidence, and records on file in this action, and any other written or oral evidence or argument presented at or before the time this motion is heard by the Court.

As set forth in accompanying Memorandum of Points and Authorities, a TRO is necessary by **5:00 p.m. PT on November 19, 2020** to prevent immediate and irreparable harm to the Plaintiffs and

the populations they serve. The Final Rule is scheduled to take effect on **November 20, 2020**. Because Defendants set the final rule to take effect 30 days after publication—an unusually short period—Plaintiffs are unable to seek a preliminary injunction on this judicial district's ordinary schedule. Accordingly, Plaintiffs seek an expedited briefing and hearing schedule that will permit a TRO and preliminary injunction to preserve the status quo and prevent Defendants from implementing or enforcing the Final Rule. Plaintiffs request that Defendants file their opposition brief by **November 9, 2020**, and that plaintiffs file any reply by **November 12, 2020**. Plaintiffs request a hearing at the Court's convenience.

Plaintiffs' counsel have consulted with Defendants' counsel about this briefing schedule. Defendants propose that they file their opposition brief on November 10, 2020, and that plaintiffs file any reply by November 13, 2020. Should the court hold argument, Defendants are available at the Court's convenience, but propose any date the week of November 16.

Notice of this Ex Parte Motion has been and will be provided to Defendants as set forth in the accompanying Certificate Regarding Notice to Defendants of Ex Parte Motion.

| | |
|---|---|
| November 3, 2020 | Respectfully submitted, |
| | /s/ *Naomi Igra* |
| Sirine Shebaya (*pro hac vice* pending) | Naomi Igra, SBN 269095 |
| sirine@nipnlg.org | naomi.igra@sidley.com |
| Cristina Velez* | SIDLEY AUSTIN LLP |
| cristina@nipnlg.org (*pro hac vice* pending) | 555 California Street, Suite 2000 |
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD | San Francisco, CA 94104 |
| | Telephone: +1 415 772 1200 |
| 2201 Wisconsin Avenue NW, Suite 200 | Facsimile: +1 415 772 7400 |
| Washington, D.C. 20007 | |
| Telephone: +1 202 656 4788 | Tobias S. Loss-Eaton (*pro hac vice* pending) |
| *\*Not admitted in D.C.; working remotely from and barred in New York* | tlosseaton@sidley.com |
| | Chike B. Croslin (*pro hac vice* pending) |
| | ccroslin@sidley.com |
| Sabrineh Ardalan (*pro hac vice* pending) | Alice A. Wang (*pro hac vice* pending) |
| sardalan@law.harvard.edu | alice.wang@sidley.com |
| Philip L. Torrey (*pro hac vice* pending) | SIDLEY AUSTIN LLP |
| ptorrey@law.harvard.edu | 1501 K Street NW |
| Sameer Ahmed, SBN 319609 | Washington, DC 20005 |
| sahmed@law.harvard.edu | Telephone: +1 202 736 8000 |
| HARVARD LAW SCHOOL | |
| HARVARD IMMIGRATION AND REFUGEE CLINICAL PROGRAM | Jack W. Pirozzolo (*pro hac vice* pending) |
| | jpirozzolo@sidley.com |
| 6 Everett Street, WCC 3103 | Kenyon C. Hall (*pro hac vice* pending) |
| Cambridge, MA 02138 | kenyon.hall@sidley.com |
| Telephone: +1 617 384 7504 | SIDLEY AUSTIN LLP |
| | 60 State Street, 36th Floor |
| Leila Kang (*pro hac vice* pending) | Boston, MA 02109 |
| leila@immdefense.org | Telephone: +1 617 223 0300 |
| Nabilah Siddiquee (*pro hac vice* pending) | |
| nabilah@immdefense.org | |
| IMMIGRANT DEFENSE PROJECT | |
| 40 W. 39th Street, Fifth Floor | |
| New York, NY 10018 | |
| Telephone: +1 646 762 8428 | |

*Attorneys for Plaintiffs*

3
PLAINTIFFS' MOTION FOR A TRO AND OSC – 3:20-cv-7721