1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| PANGEA LEGAL SERVICES, *et al.*, | Case No. 3:20-cv-07721 |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER TO SHOW CAUSE WHY A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*, | Assigned to Hon. _____ |
| Defendants. | Date:<br>Time:<br>Courtroom: |

1    TO DEFENDANTS Chad F. Wolf, in his official capacity under the title of Acting Secretary of Homeland Security; Kenneth T. Cuccinelli, in his official capacity under the title of Senior Official Performing the Duties of the Deputy Secretary for the Department of Homeland Security; U.S. Citizenship and Immigration Services; U.S. Immigration and Customs Enforcement; Tony H. Pham, in his official capacity under the title of Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; U.S. Customs and Border Protection; Mark A. Morgan, in his official capacity under the title of Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection; U.S. Department of Justice; William P. Barr, in his official capacity under the title of U.S. Attorney General; Executive Office for Immigration Review; and James McHenry, in his official capacity under the title of Director of the Executive Office for Immigration Review:

YOU (AND EACH OF YOU) ARE HEREBY ORDERED TO SHOW CAUSE at _____ *(time)* on _____ *(date)*, or as soon thereafter as counsel may be heard in the courtroom of the Honorable _____, located at _____, why you, your officers, agents, servants, employees, and attorneys and those in active concert or participation with you or them, should not be enjoined from implementing or enforcing the rule titled *Procedures for Asylum and Bars to Asylum Eligibility*, 85 Fed. Reg. 67202 (Oct. 21, 2020) ("Final Rule").

PENDING HEARING on the above Order to Show Cause, you, your officers, agents, servants, employees, and attorneys and all those in active concert or participation with you or them ARE HEREBY ENJOINED from implementing or enforcing the Final Rule. Plaintiffs have shown that because the Final Rule is scheduled to go into effect on November 20, 2020, which is 30 days after it was published, Plaintiffs cannot maintain the *status quo* on the ordinary schedule for hearing a preliminary injunction. Plaintiffs have further shown that immediate and irreparable injury will result to the Plaintiffs, which are nonprofits that help low-income immigrants seek asylum and provide resources and training to others who help asylum-seekers. Plaintiffs will be forced to "divert resources away from [their] core programs to address the new policy." *E. Bay Sanctuary Covenant v. Trump*, 950 F.3d 1242, 1280 (9th Cir. 2020). The Rule's changes will cause "ongoing harms to [Plaintiffs']

organizational missions," and Plaintiffs will thus "provid[e] fewer services to fewer individuals," frustrating their missions. *E. Bay Sanctuary Covenant v. Barr*, 964 F.3d 832, 854 (9th Cir. 2020). For the same reasons, the Rule "directly threatens their standard caseload, and consequently, their caseload[] dependent funding." *Id.* These harms are all imminent and irreparable.

This TRO is effective immediately. The Court waives the security requirement under Federal Rule of Civil Procedure 65(c) because Plaintiffs have demonstrated that Defendants will not incur any costs or damages in complying with the TRO because the Final Rule has not gone into effect and maintaining the *status quo* comes at no additional cost to the Defendants.

This Order to Show Cause and supporting papers must be served on Defendants no later than _____ days before the date set for hearing, and proof of service shall be filed no later than _____ days before the hearing. Any response or opposition to this Order to Show Cause must be filed and served on Plaintiffs' counsel through ECF no later than _____ *(date)*. Any reply shall be filed and served no later than _____ *(date)*.

SO ORDERED.

DATED:_____         _____
                                      Hon. _____
                                      United States District Judge