1    Naomi Igra, SBN 269095
       naomi.igra@sidley.com
2    SIDLEY AUSTIN LLP
       555 California Street, Suite 2000
3    San Francisco, CA 94104
       Telephone: +1 415 772 1200
4    Facsimile: +1 415 772 7400

Sirine Shebaya (*pro hac vice* pending)
sirine@nipnlg.org
NATIONAL IMMIGRATION PROJECT OF
THE NATIONAL LAWYERS GUILD
2201 Wisconsin Avenue NW, Suite 200
Washington, D.C. 20007
Telephone: +1 202 656 4788

5    Sabrineh Ardalan (*pro hac vice* pending)
       sardalan@law.harvard.edu
6    HARVARD LAW SCHOOL
       HARVARD IMMIGRATION AND REFUGEE
7    CLINICAL PROGRAM
       6 Everett Street, WCC 3103
8    Cambridge, MA 02138
       Telephone: +1 617 384 7504

Leila Kang (*pro hac vice* pending)
leila@immdefense.org
IMMIGRANT DEFENSE PROJECT
40 W. 39th Street, Fifth Floor
New York, NY 10018
Telephone: +1 646 762 8428

9

*Attorneys for Plaintiffs*        (Additional counsel listed on signature page)

10

11

**UNITED STATES DISTRICT COURT**

12

**NORTHERN DISTRICT OF CALIFORNIA**

13

**SAN FRANCISCO**

14

PANGEA LEGAL SERVICES, *et al.*,

           Plaintiffs,

       v.

U.S. DEPARTMENT OF HOMELAND
SECURITY *et al.*,

           Defendants.

Case No. 3:20-cv-07721

**CERTIFICATE REGARDING NOTICE
TO DEFENDANTS OF EX PARTE
MOTION**

Assigned to:

Date:
Time:
Courtroom:

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE REGARDING NOTICE TO DEFENDANTS OF EX PARTE MOTION**

Plaintiffs filed this action on November 2, 2020, and commenced service by registered mail on November 3, 2020.  Defendants have not yet appeared in this action or designated a counsel of record.  Accordingly, Plaintiffs have taken, and will take, the following steps to notify Defendants of Plaintiffs' Ex Parte Motion for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue (Ex Parte Motion):

On October 30, 2020—three days before filing this action and four days before filing the Ex Parte Motion—Sidley Austin LLP attorney Brian Stretch, together with Plaintiffs' counsel Naomi Igra, Jack Pirozzolo, and Tobias Loss-Eaton, sent an email to Sara Winslow, Chief of the Civil Division at the United States Attorney's Office in San Francisco, California, and informed her the Plaintiffs intended to file a Complaint in this district challenging the DHS rule titled *Procedures for Asylum and Bars to Asylum Eligibility*, 85 Fed. Reg. 67202 (Oct. 21, 2020) ("Final Rule").  The email stated that Plaintiffs' counsel anticipated filing a request for a TRO and preliminary injunction on November 2, 2020.  The email also asked for contact information of whomever would handle the case so that the parties might negotiate a briefing and hearing schedule.

Also on October 30, 2020, Ms. Winslow responded that the case would be handled by Main Justice.  Ms. Winslow asked that Plaintiffs' counsel send her the filings until she could determine who would handle the case.

On November 2, 2020, Plaintiffs' counsel exchanged emails with Ms. Winslow, who stated that she did not yet know who would be handling the case.  Plaintiffs' Counsel filed the Complaint on the same day and sent the Complaint by email to Ms. Winslow.  Plaintiffs' counsel asked if the government would accept service.  Ms. Winslow responded that she was not sure if she would be able to get a response because it was after hours on the east coast.

On November 3, 2020, Plaintiffs' counsel sent an email to Ms. Winslow asking again if government counsel had been assigned to the case and informing her that, if not, they would shortly file the Ex Parte Motion seeking an expedited briefing schedule.  Ms. Winslow responded that she still had not heard which lawyers would be assigned to the case. Plaintiffs' counsel later received a further email from Ms. Winslow, identifying the lawyer assigned to the case and reporting his preference for

1

1   a schedule in which the government's brief would be due during the week of November 15.  Because

2   the Final Rule is scheduled to take effect during that week, government counsel's preferred schedule

3   would not allow time for briefing, a hearing, and a ruling before the Final Rule's effective date.

4      Plaintiffs' counsel then conferred directly with the government's assigned lawyer, who pro-

5   posed that Defendants file their opposition brief on November 10, 2020, and that plaintiffs file any

6   reply by November 13, 2020.

7      Plaintiffs will file a proof of service once such service is complete.

8   November 3, 2020          Respectfully submitted,

9

                    /s/ *Naomi Igra*
10  Sirine Shebaya (*pro hac vice* pending)   Naomi Igra, SBN 269095
    sirine@nipnlg.org           naomi.igra@sidley.com
    Cristina Velez*           SIDLEY AUSTIN LLP
11  cristina@nipnlg.org (*pro hac vice* pending)  555 California Street, Suite 2000
    NATIONAL IMMIGRATION PROJECT OF  San Francisco, CA 94104
12  THE NATIONAL LAWYERS GUILD   Telephone: +1 415 772 1200
    2201 Wisconsin Avenue NW, Suite 200   Facsimile: +1 415 772 7400
13  Washington, D.C. 20007
    Telephone: +1 202 656 4788
14  *Not admitted in D.C.; working remotely*   Tobias S. Loss-Eaton (*pro hac vice* pending)
    *from and barred in New York*     tlosseaton@sidley.com
15                    Chike B. Croslin (*pro hac vice* pending)
    Sabrineh Ardalan (*pro hac vice* pending)  ccroslin@sidley.com
16  sardalan@law.harvard.edu      Alice A. Wang (*pro hac vice* pending)
    Philip L. Torrey (*pro hac vice* pending)   alice.wang@sidley.com
17  ptorrey@law.harvard.edu      SIDLEY AUSTIN LLP
    Sameer Ahmed, SBN 319609     1501 K Street NW
18  sahmed@law.harvard.edu      Washington, DC 20005
    HARVARD LAW SCHOOL      Telephone: +1 202 736 8000
19  HARVARD IMMIGRATION AND REFU-
    GEE                  Jack W. Pirozzolo (*pro hac vice* pending)
20  CLINICAL PROGRAM       jpirozzolo@sidley.com
    6 Everett Street, WCC 3103     Kenyon C. Hall (*pro hac vice* pending)
21  Cambridge, MA 02138       kenyon.hall@sidley.com
    Telephone: +1 617 384 7504     SIDLEY AUSTIN LLP
22                    60 State Street, 36th Floor
    Leila Kang (*pro hac vice* pending)    Boston, MA 02109
23  leila@immdefense.org       Telephone: +1 617 223 0300
    Nabilah Siddiquee (*pro hac vice* pending)
24  nabilah@immdefense.org
    IMMIGRANT DEFENSE PROJECT
25  40 W. 39th Street, Fifth Floor
    New York, NY 10018
26  Telephone: +1 646 762 8428

27  *Attorneys for Plaintiffs*

28

                   2