Naomi A. Igra, SBN 269095
naomi.igra@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

Sabrineh Ardalan (*pro hac vice* forthcoming)
sardalan@law.harvard.edu
Philip L. Torrey (*pro hac vice* forthcoming)
ptorrey@law.harvard.edu
HARVARD LAW SCHOOL
HARVARD IMMIGRATION AND REFUGEE CLINICAL PROGRAM
6 Everett Street, WCC 3103
Cambridge, MA 02138
Telephone: +1 617 384 7504
Facsimile: +1 617 495 8595

Sirine Shebaya (*pro hac vice* forthcoming)
sirine@nipnlg.org
NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD
2201 Wisconsin Avenue N.W., Suite 200
Washington, D.C. 20007
Telephone: +1 202 656 4788
Facsimile: +1 617 227 5495

Leila Kang (*pro hac vice* forthcoming)
leila@immdefense.org
IMMIGRANT DEFENSE PROJECT
40 W. 39th Street, Fifth Floor
New York, NY 10018
Telephone: +1 646 762 8428

*Attorneys for Plaintiffs*
(Additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| PANGEA LEGAL SERVICES; DOLORES STREET COMMUNITY SERVICES, INC.; CATHOLIC LEGAL IMMIGRATION NETWORK, INC.; and CAPITAL AREA IMMIGRANTS' RIGHTS COALITION,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY;<br>CHAD F. WOLF, *under the title of Acting Secretary of Homeland Security*;<br>KENNETH T. CUCCINELLI, *under the title of Senior Official Performing the Duties of the Deputy Secretary for the Department of Homeland Security;*<br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES;<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; | Case No. 3:20-cv-07721<br><br><br><br>**DECLARATION OF NAOMI A. IGRA** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | TONY H. PHAM, *under the title of Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement*;<br>U.S. CUSTOMS AND BORDER PROTECTION;<br>MARK A. MORGAN, *under the title of Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection*;<br>U.S. DEPARTMENT OF JUSTICE;<br>WILLIAM P. BARR, *under the title of U.S. Attorney General*;<br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; and<br>JAMES MCHENRY, *under the title of Director of the Executive Office for Immigration Review*,<br><br>                 Defendants. |

DECLARATION OF NAOMI A. IGRA – CASE NO. 3:20-CV-07721

I, Naomi A. Igra, declare as follows:

1. I am an attorney licensed to practice law in all the courts of the State of California. I am an associate at the law firm of Sidley Austin LLP, counsel of record for Plaintiffs Pangea Legal Services ("Pangea"), Dolores Street Community Services, Inc. ("DSCS"), Catholic Legal Immigration Network, Inc. ("CLINIC"), and Capital Area Immigrants' Rights Coalition ("CAIR Coalition") in this case. This declaration is submitted in support of Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Stay. The facts set forth in this declaration are within my personal knowledge. If called as a witness, I could and would competently testify as follows.

2. Attached hereto as **Exhibit E** is a true and correct copy of a January 21, 2020 comment letter submitted to the Department of Justice ("DOJ"), Executive Office for Immigration Review ("EOIR"), Department of Homeland Security ("DHS"), and U.S. Citizenship and Immigration Services by the City of New York in response to the December 19, 2019 proposed rule, EOIR ID No. EOIR-2019-0005-0534, and available at https://www.regulations.gov/document?D=EOIR-2019-0005-0534 ("N.Y.C. Comment Letter").

3. Attached hereto as **Exhibit F** is a true and correct copy of the proposed rule, *Procedures for Asylum and Bars to Asylum Eligibility*, 84 Fed. Reg. 69640, dated December 19, 2019.

4. Attached hereto as **Exhibit G** is a true and correct copy of the final rule, *Procedures for Asylum and Bars to Asylum Eligibility*, 85 Fed. Reg. 67202, dated October 21, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 3rd day of November, 2020, at San Francisco, California.

*/s/ Naomi A. Igra*
Naomi A. Igra