UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Pangea Legal Services, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | Civil Action No. 3:20-cv-07721-SI |

## NOTICE OF APPERANCE

Please take notice that undersigned counsel hereby enters her appearance on behalf of all Defendants, without waiver of jurisdiction or venue.

                                          Respectfully submitted,

                                          JEFFREY BOSSERT CLARK
                                          Acting Assistant Attorney General

                                          SCOTT G. STEWART
                                          Deputy Assistant Attorney General

                                          EREZ REUVENI
                                          Assistant Director

                                 By: /s/ *Christina P. Greer*
                                          CHRISTINA P. GREER
                                          Senior Litigation Counsel
                                          Office of Immigration Litigation
                                          U.S. Department of Justice, Civil Division
                                          450 5th Street NW
                                          Washington, DC 20530
                                          Tel. (202) 598-8770
                                          Christina.P.Greer@usdoj.gov

Dated: November 5, 2020                    *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Christina P. Greer*
CHRISTINA P. GREER
Senior Litigation Counsel
United States Department of Justice
Civil Division