JEFFREY BOSSERT CLARK
*Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
CHRISTINA GREER
*Senior Litigation Counsel*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pangea Legal Services, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 3:20-cv-7721-SI<br>) |
| U.S. Dept. of Homeland Security, *et al.*, | )<br>) |
| Defendants. | )<br>) |

## NOTICE OF APPEARANCE

Please take notice that undersigned counsel hereby enters his appearance on behalf of all Defendants, without waiver of jurisdiction or venue.

//

//

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

By: /s/ *Erez Reuveni*
EREZ REUVENI
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

Dated: November 5, 2020                *Attorneys for Defendants*

NOTICE OF APPEARANCE
*Pangea Legal Services v. DHS*, No. 3:20-cv-7721-SI

# CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Erez Reuveni*
EREZ REUVENI
Assistant Director
United States Department of Justice
Civil Division