Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Pangea Legal Services, et al

Plaintiff(s),

v.

Dep't of Homeland Security, et al

Defendant(s).

Case No: 3:20-cv-07721

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Sirine Shebaya, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Pangea Legal, Dolores St, CLINIC, CAIRCo in the above-entitled action. My local co-counsel in this case is Naomi Igra, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2201 Wisconsin Ave NW, Suite 200 Washington, DC 20007 | 555 California St. Suite 2000 San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: (202) 656-4788 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 772-1200 |
| MY EMAIL ADDRESS OF RECORD: sirine@nipnlg.org | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: naomi.igra@sidley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1019748.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/26/2020

Sirine Shebaya
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Sirine Shebaya is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 5, 2020

UNITED STATES DISTRICT/MAGISTRATE JUDGE