Naomi Igra, SBN 269095
naomi.igra@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

Sabrineh Ardalan (*pro hac vice* pending)
sardalan@law.harvard.edu
HARVARD LAW SCHOOL
HARVARD IMMIGRATION AND REFUGEE
CLINICAL PROGRAM
6 Everett Street, WCC 3103
Cambridge, MA 02138
Telephone: +1 617 384 7504

Sirine Shebaya (*pro hac vice*)
sirine@nipnlg.org
NATIONAL IMMIGRATION PROJECT OF
THE NATIONAL LAWYERS GUILD
2201 Wisconsin Avenue NW, Suite 200
Washington, D.C. 20007
Telephone: +1 202 656 4788

Leila Kang (*pro hac vice*)
leila@immdefense.org
IMMIGRANT DEFENSE PROJECT
40 W. 39th Street, Fifth Floor
New York, NY 10018
Telephone: +1 646 762 8428

*Attorneys for Plaintiffs*                        (Additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| PANGEA LEGAL SERVICES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY *et al.*,<br><br>Defendants. | Case No. 20-CV-07721-SI<br><br>**PLAINTIFFS' NOTICE OF COURT'S ORDER AND NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND STAY, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>Assigned to Hon. Susan Illston<br><br>Date:      November 18, 2020<br>Time:      11:00 am<br>Courtroom: Zoom |

On **November 18, 2020 at 11:00 am**, or as soon thereafter as counsel may be heard by Zoom videoconference Plaintiffs will, and do, move for a temporary restraining order**,** a preliminary injunction, and a stay against Defendants Department of Homeland Security; Chad F. Wolf, in his purported official capacity as Acting Secretary of the Department of Homeland Security; United States Citizenship and Immigration Services; Kenneth T. Cuccinelli, in his official capacity as the Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services; U.S. Immigration and Customs Enforcement; Tony H. Pham, in his official capacity as the Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement; U.S. Customs and Border Protection; Mark A. Morgan, in his official capacity as Acting Commissioner of U.S. Customs and Border Protection; United States Department of Justice; William P. Barr, in his official capacity as United States Attorney General; Executive Office for Immigration Review; and James McHenry, in his official capacity as Director of the Executive Office for Immigration Review.

Pursuant to the order attached as Exhibit 1, which Plaintiffs' counsel previously sent by email to Erez Reuveni and Sara Winslow at the United States Department of Justice on November 4, 2020, Defendants' opposition shall be filed no later than **November 10, 2020**, and Plaintiffs' reply shall be filed no later than **November 13, 2020**.

On November 3, 2020, Plaintiffs' counsel sent by email to Erez Reveni and Sara Winslow all documents filed at ECF 21.  Plaintiffs' counsel will also cause the documents filed at ECF 21 to be served by certified mail.

November 5, 2020

*/s/ Naomi Igra*
Naomi Igra, SBN 269095
naomi.igra@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

*Attorneys for Plaintiffs*

November 5, 2020

Sirine Shebaya (*pro hac vice*)
sirine@nipnlg.org
Cristina Velez*
cristina@nipnlg.org (*pro hac vice* pending)
NATIONAL IMMIGRATION PROJECT OF
THE NATIONAL LAWYERS GUILD
2201 Wisconsin Avenue NW, Suite 200
Washington, D.C. 20007
Telephone: +1 202 656 4788
*Not admitted in D.C.; working remotely from and barred in New York*

Sabrineh Ardalan (*pro hac vice* pending)
sardalan@law.harvard.edu
Philip L. Torrey (*pro hac vice* pending)
ptorrey@law.harvard.edu
Sameer Ahmed, SBN 319609
sahmed@law.harvard.edu
HARVARD LAW SCHOOL
HARVARD IMMIGRATION AND REFUGEE
CLINICAL PROGRAM
6 Everett Street, WCC 3103
Cambridge, MA 02138
Telephone: +1 617 384 7504

Leila Kang (*pro hac vice*)
leila@immdefense.org
Nabilah Siddiquee (*pro hac vice*)
nabilah@immdefense.org
IMMIGRANT DEFENSE PROJECT
40 W. 39th Street, Fifth Floor
New York, NY 10018
Telephone: +1 646 762 8428

*Attorneys for Plaintiffs*

Respectfully submitted,

/s/ *Naomi Igra*
Naomi Igra, SBN 269095
naomi.igra@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

Tobias S. Loss-Eaton (*pro hac vice*)
tlosseaton@sidley.com
Chike B. Croslin (*pro hac vice*)
ccroslin@sidley.com
Alice A. Wang (*pro hac vice*)
alice.wang@sidley.com
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: +1 202 736 8000

Jack W. Pirozzolo (*pro hac vice* pending)
jpirozzolo@sidley.com
Kenyon C. Hall (*pro hac vice* pending)
kenyon.hall@sidley.com
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
Telephone: +1 617 223 0300

# EXHIBIT 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANGEA LEGAL SERVICES, et al., Plaintiffs, v. U.S. DEPARTMENT OF HOMELAND SECURITY, et al., Defendants. | Case No. 20-cv-07721-SI<br><br>**ORDER DIRECTING PLAINTIFFS TO PROVIDE NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER; SETTING FURTHER DATES** |

On November 2, 2020, plaintiffs Pangea Legal Services et al. filed this action against defendants U.S. Department of Homeland Security et al. Dkt. No. 1. On November 3, 2020, plaintiffs filed an ex parte motion for a temporary restraining order ("TRO"). Dkt. No. 21 ("Mot. for TRO"). On November 4, 2020, the case was reassigned to the undersigned Judge. Dkt. No. 22.

A court may issue a temporary restraining order without notice to the adverse side:

*only if:*

 **(A)** specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and

**(B)** the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

Fed. R. Civ. P. 65(b) (emphasis added).

Plaintiffs have not certified in writing the reasons why notice to the other side should not be required. *See* Fed. R. Civ. P. 65(b). Rather, plaintiffs have filed a certification stating that they have been in contact with counsel for defendants. *See* Dkt. No. 21-4 ("Certif. re: Notice"). As of the filing of this Order, defendants have not made a formal appearance in this case. Accordingly,

the Court finds this matter is not appropriate for resolution ex parte and **ORDERS** that plaintiffs effect service of process and provide notice of the pending TRO motion to defendants.

Plaintiffs' papers state that the government's assigned lawyer proposes that defendants file their opposition brief on November 10, 2020; that plaintiffs file any reply by November 13, 2020; and that a hearing be held the week of November 16. Certif. re: Notice at 2; Mot. for TRO at 2. Plaintiffs request that defendants file their opposition brief on November 9, 2020, and that plaintiffs file any reply by November 12, 2020. Mot. for TRO at 2. In their motion for a TRO, plaintiffs state that the final rule they are challenging in this action is set to go into effect on November 20, 2020, and they therefore seek relief by November 19, 2020, at 5:00 p.m. *Id.* at 1-2.

Having considered the papers filed, the Court sets the following further dates. Defendants' opposition brief shall be due no later than **November 10, 2020**. **At the same time as they file their opposition brief, defendants shall file a notice informing the Court of any other cases in which courts have already ruled on the issues raised in this TRO, and of any other cases in which challenges to the same Final Rule at issue here are currently pending.** Plaintiffs' reply brief shall be due no later than **November 13, 2020**.

The Court will hold a hearing on the motion for TRO via Zoom videoconference on **November 18, 2020, at 11:00 a.m.** The Court's courtroom deputy shall issue the Zoom information on the public docket.

**IT IS SO ORDERED**.

Dated: November 4, 2020

_____
SUSAN ILLSTON
United States District Judge

2