Sameer Ahmed, SBN 319609
sahmed@law.harvard.edu
HARVARD LAW SCHOOL
HARVARD IMMIGRATION AND REFUGEE
CLINICAL PROGRAM
6 Everett Street, WCC 3103
Cambridge, MA 02138
Telephone: +1 617 384 0088

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| PANGEA LEGAL SERVICES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*, <br><br> Defendants. | Case No. 3:20-cv-7721-SI <br><br> **NOTICE OF APPEARANCE OF SAMEER AHMED** |

**TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:**

PLEASE TAKE NOTICE that Sameer Ahmed of the HARVARD IMMIGRATION AND REFUGEE CLINICAL PROGRAM hereby enters his appearance in the above-captioned matter as counsel for Plaintiffs Pangea Legal Services, *et al*.

Mr. Ahmed respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the following address:

        Sameer Ahmed
        HARVARD LAW SCHOOL
        HARVARD IMMIGRATION AND REFUGEE
        CLINICAL PROGRAM
        6 Everett Street, WCC 3103
        Cambridge, MA 02138
        Telephone: +1 617 384 0088
        Email: sahmed@law.harvard.edu

HARVARD IMMIGRATION AND REFUGEE CLINICAL PROGRAM

By: /s/ Sameer Ahmed

Sameer Ahmed

*Attorney for Plaintiffs*

Dated: November 6, 2020