Naomi A. Igra, SBN 269095
naomi.igra@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:  +1 415 772 1200
Facsimile:  +1 415 772 7400

Sabrineh Ardalan (*pro hac vice* forthcoming)
sardalan@law.harvard.edu
Philip L. Torrey (*pro hac vice* forthcoming)
ptorrey@law.harvard.edu
HARVARD LAW SCHOOL
HARVARD IMMIGRATION AND REFUGEE
CLINICAL PROGRAM
6 Everett Street, WCC 3103
Cambridge, MA 02138
Telephone:  +1 617 384 7504
Facsimile:  +1 617 495 8595

Sirine Shebaya (*pro hac vice*)
sirine@nipnlg.org
NATIONAL IMMIGRATION PROJECT OF
THE NATIONAL LAWYERS GUILD
2201 Wisconsin Avenue N.W., Suite 200
Washington, D.C. 20007
Telephone:  +1 202 656 4788
Facsimile:  +1 617 227 5495

Leila Kang (*pro hac vice*)
leila@immdefense.org
IMMIGRANT DEFENSE PROJECT
40 W. 39th Street, Fifth Floor
New York, NY 10018
Telephone:  +1 646 762 8428

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| PANGEA LEGAL SERVICES et. al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY et. al., <br><br> Defendants. | Case No. 3:20-cv-7721-SI <br><br> **PROOF OF SERVICE** <br><br> **JURY TRIAL DEMANDED** |

**PROOF OF SERVICE**

STATE OF CALIFORNIA                    )

                                       )     SS

COUNTY OF SAN MATEO                    )

 

I am employed in the County of Santa Clara, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 1001 Page Mill Road Building 1, Palo Alto, CA 94304.

On November 3, 2020, I served the foregoing document(s) described as

- COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND ADMINISTRATIVE PROCEDURE ACT CASE, ECF NO. 1 (NOV. 2, 2020)

- SUMMONS IN A CIVIL ACTION, ECF NO. 19 (NOV. 3, 2020)

- PLAINTIFF PANGEA LEGAL SERVICES' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-15, ECF NO. 3 (NOV. 2, 2020)

- PLAINTIFF DOLORES STREET COMMUNITY SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-15, ECF NO. 4 (NOV. 2, 2020)

- PLAINTIFF CATHOLIC LEGAL IMMIGRATION NETWORK, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-15, ECF NO. 5 (NOV. 2, 2020)

- PLAINTIFF CAPITAL AREA IMMIGRANTS' RIGHTS COALITION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-15, ECF NO. 6 (NOV. 2, 2020)

- NOTICE ASSIGNING CASE TO SALLIE KIM, ECF NO. 7 (NOV. 2, 2020)

- PLAINTIFFS' DECLINATION TO MAGISTRATE JUDGE JURISDICTION, ECF NO. 13 (NOV. 2, 2020)

- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, ECF NO. 18 (NOV. 3, 2020)

- NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE, ECF NO. 20 (NOV. 3, 2020)

- U.S.D.C. NORTHERN DISTRICT OF CALIFORNIA ECF REGISTRATION INFORMATION

- STANDING ORDER FOR MAGISTRATE JUDGE SALLIE KIM (JUL. 11, 2019)

- STANDING ORDER FOR ALL JUDGES OF THE NORTHER DISTRICT OF CALIFORNIA, CONTENTS FOR JOINT CASE MANAGEMENT STATEMENT (NOV. 1, 2018)

on all interested parties listed in the attached Service List, in this action as follows:

☒    (VIA U.S. CERTIFIED MAIL) I caused to be served the foregoing documents by U.S. CERTIFIED Mail, as follows: true copies of the documents were placed in sealed envelopes addressed to each interested party as shown on the below SERVICE LIST.  Each such envelope with postage thereon fully prepaid, was placed for collection and mailing with the United States Postal Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 5, 2020, at Redwood City, California.


DATE: November 6, 2020                     /s/ Melinda Hanhan
                                           Melinda Hanhan
                                           Paralegal
                                           Sidley Austin LLP

**SERVICE LIST**

U.S. Department of Homeland Security
c/o Office of the General Counsel
2707 Martin Luther King Jr. Ave SE, Mail Stop 0485
Washington, DC 20528-0485

Chad F. Wolf,
U.S. Department of Homeland Security
c/o Office of the General Counsel
2707 Martin Luther King Jr. Ave SE, Mail Stop 0485
Washington, DC 20528-0485

Kenneth T. Cuccinelli
U.S. Department of Homeland Security
c/o Office of the General Counsel
2707 Martin Luther King Jr. Ave SE, Mail Stop 0485
Washington, DC 20528-0485

U.S. Citizenship and Immigration Services
c/o Office of the Chief Counsel
20 Massachusetts Ave. NW, Room 4210
Washington, DC 20529

U.S. Immigration and Customs Enforcement
c/o Office of the Principal Legal Advisor
500 12th St. SW, Mail Stop 5900
Washington, DC 20536–5900

Tony H. Pham
c/o Office of the Principal Legal Advisor
500 12th St. SW, Mail Stop 5900
Washington, DC 20536–5900

U.S. Customs and Border Protection
c/o Office of Chief Counsel
1300 Pennsylvania Avenue, Suite 4.4–B
Washington, DC 20229

Mark A. Morgan,
c/o Office of Chief Counsel
1300 Pennsylvania Avenue, Suite 4.4–B
Washington, DC 20229

U.S. Department of Justice
c/o Office of the U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

William P. Barr,
c/o Office of the U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Department of Justice
c/o Executive Office for Immigration Review
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

James McHenry,
U.S. Department of Justice
c/o Executive Office for Immigration Review
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Civil-Process Clerk
c/o United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

1

## **ATTESTATION**

2        Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that all signatories listed above, and

3   on whose behalf this filing is submitted, concur in the filing's content and have authorized the

4   filing.

5

6    DATE: November 6, 2020                    /s/ *Naomi Igra*

7                                                 Naomi Igra

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28