# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| Pangea Legal Services, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:20-cv-07721-SI |
| | ) | |
| U.S. Department of Homeland Security, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>NOTICE OF APPERANCE</u>

Please take notice that undersigned counsel hereby enters his appearance on behalf of all Defendants, without waiver of jurisdiction or venue.

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

SCOTT G. STEWART
Deputy Assistant Attorney General

EREZ REUVENI
Assistant Director

By: */s/ Craig A. Newell, Jr.*
CRAIG A. NEWELL, JR.
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
Tel. (202) 514-0298
Craig.Newell@usdoj.gov

Dated: November 9, 2020          *Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 9, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By:  <u>/s/ *Craig A. Newell, Jr.*</u>
CRAIG A. NEWELL, JR.
Trial Attorney
United States Department of Justice
Civil Division