Susan Krumplitsch (Bar No. CA-241016)
susan.krumplitsch@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, California 94303-2250
Tel:    650.833.2000
Fax:   650.833.2001

*Attorney for Amicus Curiae Immigration Law Professors*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO

| | |
|---|---|
| PANGEA LEGAL SERVICES, *et al.*, | CASE NO. 3:20-cv-7721 |
| Plaintiffs, | Honorable Susan Illston |
| v. | **NOTICE OF APPEARANCE OF AMICUS CURIAE COUNSEL** |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Susan Krumplitsch of DLA Piper LLP (US), hereby enters an appearance as counsel for Amicus Curiae Immigration Law Professors in the above-referenced action.  I certify that I am member of the State Bar of California and admitted to practice in the United States District Court for the Northern District of California.  My contact information is as follows:

    Susan Krumplitsch
    DLA Piper LLP (US)
    2000 University Avenue
    East Palo Alto, CA 94303-2250
    Telephone: (650) 833-2000
    Facsimile: (650) 833-2001
    susan.krumplitsch@us.dlapiper.com

Dated: November 10, 2020

**DLA PIPER LLP (US)**


By: */s/ Susan Krumplitsch*
Susan Krumplitsch (SBN 241016)
susan.krumplitsch@us.dlapiper.com
2000 University Avenue
East Palo Alto, CA 94303-2250
Telephone: (650) 833-2000
Facsimile: (650) 833-2001

*Attorney for Amicus Curiae Immigration Law Professors*

WEST\292225390.1