Joel A. Fleming (CA Bar No. 281264)
Lauren Godles Milgroom
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(t) (617) 398-5600
(f) (617) 507-6020
joel@blockleviton.com
lauren@blockleviton.com

*Counsel For Amici Curiae*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| PANGEA LEGAL SERVICES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Case No. 3:20-cv-7721 <br><br> **NOTICE OF APPEARANCE OF COUNSEL FOR AMICI CURIAE 20 IMMIGRATION LEGAL SERVICES ORGANIZATIONS** <br><br> Assigned to Hon. Susan Ilston <br><br> Hearing Date: November 18, 2020 <br> Time: 11:00am |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Joel A. Fleming of Block & Leviton LLP hereby enters an appearance as counsel for Amici Curiae 20 Immigration Legal Services Organizations in the above-referenced action. I certify that I am a member of the State Bar of California and admitted to practice in the United States District Court for the Northern District of California. My contact information is as follows:

> Joel A. Fleming
> Block & Leviton LLP
> 260 Franklin Street, Suite 1860
> Boston, MA 02110
> (t) (617) 398-5600
> (f) (617) 507-6020
> joel@blockleviton.com

Dated November 10, 2020        **BLOCK & LEVITON LLP**

/s/ Joel A. Fleming
Joel A. Fleming (CA Bar No. 281264)
Lauren Godles Milgroom
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(t) (617) 398-5600
(f) (617) 507-6020
joel@blockleviton.com
lauren@blockleviton.com

*Counsel For Amici Curiae*