

# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida  )

County of Leon  )      In Re:  0023663
Peter Simon Margulies
7 Henry Dr
Barrington, RI 02806-2523

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

The Florida Bar membership records indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 4, 1994**.

The Florida Bar member above is an active member in good standing of The Florida Bar.

The Florida Bar member above has chosen a voluntary exemption from The Florida Bar's continuing legal education requirement, allowed for nonresident members not delivering legal services or advice on matters or issues governed by Florida law.

The Florida Bar member above currently is not eligible to practice law in Florida based on the voluntary exemption listed above.

The Florida Bar member may voluntarily request that The Florida Bar remove the above exemption and be immediately authorized to practice law in the State of Florida and give advice on all matters of Florida law. The Florida Bar member will then be obligated to comply with future continuing legal education requirements.

Dated this 6th day of **November**, **2020**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R14:Nonresident
CTM-108446

