Joel A. Fleming (CA Bar No. 281264)
Lauren Godles Milgroom
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(t) (617) 398-5600
(f) (617) 507-6020
joel@blockleviton.com
lauren@blockleviton.com

*Counsel For Amici Curiae*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| PANGEA LEGAL SERVICES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Case No. 3:20-cv-7721 <br><br> **MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE 20 IMMIGRATION LEGAL SERVICES ORGANIZATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER** <br><br> Assigned to Hon. Susan Ilston <br><br> Hearing Date: November 18, 2020 <br> Time: 11:00am |

The organizations listed below respectfully move for permission to file the attached brief as amici curiae. Amici are public defender offices, a private immigration law firm, and multiple non-profit organizations that address the needs of asylum seekers in the United States. Many provide direct legal assistance and representation to asylum seekers, while others focus on policy and advocacy efforts to defend and advance the rights of noncitizens generally and asylum seekers in particular.

Amici are well-suited to explain the irreparable harm that will result from the final rule issued by the Departments of Justice and Homeland Security (the "Rule"). *See* Procedures for Asylum and Bars to Asylum Eligibility, 85 Fed. Reg. 67202 (Oct. 21, 2020). Amici are experts who assist persecuted immigrants from all over the world in obtaining asylum in the United States. The human toll that the Rule will take is readily apparent from the stories of amici's clients. The Rule will also harm amici themselves, because it will force amici to shift resources into addressing the new Rule and necessarily reduce their capacity to serve vulnerable immigrants.

The amici are:

1. Committee for Public Counsel Services Immigration Impact Unit
2. The PAIR Project
3. Massachusetts Law Reform Institute
4. Washington Defender Association
5. Immigration Unit, Greater Boston Legal Services
6. Boston College Legal Services LAB Immigration Clinic
7. Immigrants' Rights and Human Trafficking Program, Boston University School of Law
8. Central West Justice Center
9. Jane Doe, Inc.
10. Rian Immigrant Center
11. Ayuda
12. National Immigrant Justice Center

13. Alameda County Office of the Public Defender

14. Lutheran Social Services of New York's Immigration Legal Program

15. Brooklyn Defender Service

16. Make The Road New York

17. UnLocal

18. Las Americas Immigrant Advocacy Center

19. Van Der Haut LLP

20. Justice Center of Southeast Massachusetts, LLC

## ARGUMENT

"The district court has broad discretion to appoint amici curiae." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982). "District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (quoting *Cobell v. Norton*, 246 F. Supp. 2d 59, 62 (D.D.C. 2003)). If permitted to file, amici will fulfill "the classic role of amicus curiae by assisting in a case of general public interest [] [and] supplementing the efforts of counsel[.]" *Miller-Wohl Co., Inc., v. Comm'r of Labor & Indus., State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982). The Court should exercise its discretion to permit amici to file the attached brief. Counsel for amici is familiar with the scope of the arguments presented by the parties and has not unduly repeated those arguments. Amici will draw upon their knowledge of their experiences providing representation to asylum seekers and intimate knowledge of their clients' stories to demonstrate the irreparable harm that the Rule will cause unless enjoined by the Court.

Plaintiffs have consented to the filing of this amicus brief, but Defendants have declined to consent.

Dated November 10, 2020

**BLOCK & LEVITON LLP**

/s/ Joel A. Fleming
Joel A. Fleming (CA Bar No. 281264)
Lauren Godles Milgroom
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(t) (617) 398-5600
(f) (617) 507-6020
joel@blockleviton.com
lauren@blockleviton.com

*Counsel For Amici Curiae*

Wendy S. Wayne*
Jennifer Klein*
Claire Valentin*
**Committee for Public Counsel Services Immigration Impact Unit**
21 McGrath Highway
Somerville, MA 02143
(t) (617) 623-0591
(f) (617) 623-0936
iiu@publiccounsel.net
**not admitted in this jurisdiction*