Joel A. Fleming (CA Bar No. 281264)
Lauren Godles Milgroom
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(t) (617) 398-5600
(f) (617) 507-6020
joel@blockleviton.com
lauren@blockleviton.com

*Counsel For Amici Curiae*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| PANGEA LEGAL SERVICES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Case No. 3:20-cv-7721 <br><br> **AMICI CURIAE 20 IMMIGRATION LEGAL SERVICES ORGANIZATIONS' CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** <br><br> Assigned to Hon. Susan Ilston <br><br> Hearing Date: November 18, 2020 <br> Time: 11:00am |

**TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

The undersigned counsel for amici curiae Committee for Public Counsel Services Immigration Impact Unit; the PAIR Project; Massachusetts Law Reform Institute; Washington Defender Association; Immigration Unit, Greater Boston Legal Services; Boston College Legal Services LAB Immigration Clinic; Immigrants' Rights and Human Trafficking Program, Boston University School of Law; Central West Justice Center; Jane Doe, Inc; Rian Immigrant Center; Ayuda; National Immigrant Justice Center; Alameda County Office of the Public Defender; Lutheran Social Services of New York's Immigration Legal Program; Brooklyn Defender Service; Make The Road New York; UnLocal; Las Americas Immigrant Advocacy Center; Van Der Haut LLP; and Justice Center of Southeast Massachusetts, LLC hereby submit the following disclosure statement pursuant to Civil Local Rule 3-15:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named amici, there is no such interest to report.

| | | |
|---|---|---|
| 1 | Dated November 10, 2020 | **BLOCK & LEVITON LLP** |
| 2 | | <u>/s/ Joel A. Fleming</u> |
| | | Joel A. Fleming (CA Bar No. 281264) |
| 3 | | Lauren Godles Milgroom |
| | | **BLOCK & LEVITON LLP** |
| 4 | | 260 Franklin Street, Suite 1860 |
| 5 | | Boston, MA 02110 |
| | | (t) (617) 398-5600 |
| 6 | | (f) (617) 507-6020 |
| | | joel@blockleviton.com |
| 7 | | lauren@blockleviton.com |
| 8 | | *Counsel For Amici Curiae* |
| 9 | | Wendy S. Wayne* |
| 10 | | Jennifer Klein* |
| | | Claire Valentin* |
| 11 | | **Committee for Public Counsel Services** |
| | | **Immigration Impact Unit** |
| 12 | | 21 McGrath Highway |
| 13 | | Somerville, MA 02143 |
| | | (t) (617) 623-0591 |
| 14 | | (f) (617) 623-0936 |
| | | iiu@publiccounsel.net |
| 15 | | **not admitted in this jurisdiction* |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |