JEFFREY BOSSERT CLARK
*Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
CHRISTINA GREER
*Senior Litigation Counsel*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8770
Email: Christina.P.Greer@usdoj.gov
PATRICK GLEN
*Senior Litigation Counsel*
CRAIG NEWELL
*Trial Attorney*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| Pangea Legal Services, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 3:20-cv-7721-SI |
| U.S. Dept. of Homeland Security, *et al.*, | ) |
| Defendants. | ) |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Defendants, by and through undersigned counsel, hereby submit the administrative record for *Procedures for Asylum and Bars to Asylum Eligibility*, 85 Fed. Reg. 67,202 (Oct. 21, 2020) (Rule). The record, certified by the relevant officials at the Departments of Homeland Security and Justice, contains or references all materials—to the best of the certifiers' knowledge, information, and belief—considered by the decisionmakers at the Departments, in issuing the Rule. The

certifications, index, and full administrative record are submitted as exhibits to this notice.

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

By: /s/ Christina Greer
CHRISTINA GREER
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8770
Email: Christina.P.Greer@usdoj.gov

Dated: November 10, 2020            *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Christina Greer*
CHRISTINA GREER
Senior Litigation Counsel
United States Department of Justice
Civil Division