IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pangea Legal Services, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Dept. of Homeland Security, et.al., <br><br> Defendant | Case No. 3:20-cv-7721 |

**CERTIFICATION OF ADMINISTRATIVE RECORD**

My name is Stephanie Fauquet. I am employed with the U.S. Department of Homeland Security, as the Assistant Executive Secretary. I am responsible for the oversight and management for Communications and Operations of the Office of the Executive Secretary, which oversees the management of written communication intended for, and originated by, the Secretary and Deputy Secretary of Homeland Security and maintains official Department records. I have held this position since February 18, 2018, including on October 20, 2020, when the Departments of Justice and Homeland Security issued the final rule entitled, "Procedures for Asylum and Bars to Asylum Eligibility," 85 Fed. Reg. 67202 (Nov. 20, 2020).

I am the custodian of the final rule at DHS and of a copy of the administrative record for the rule for DHS. I certify that, to the best of my knowledge, information, and belief, the attached index was developed by the personnel who developed the final rule, and contains all non-privileged documents developed by the personnel who developed the final rule that were considered directly or indirectly by DHS, and that these documents constitute the administrative record the agency directly or indirectly considered in issuing the rule.

Executed this 10th day of November, 2020 in Washington, D.C.

_____
Stephanie Fauquet
Office of the Executive Secretary
Department of Homeland Security