JEFFREY BOSSERT CLARK
*Acting Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
CHRISTINA GREER
*Senior Litigation Counsel*
CRAIG NEWELL
*Trial Attorney*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| Pangea Legal Services, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 3:20-cv-7721-SI |
| U.S. Dept. of Homeland Security, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF OTHER CASES

Pursuant to this Court's order (Dkt. 24), Defendants hereby notify the Court that they are

not aware "of any other cases in which courts have already ruled on the issues raised in this TRO,

and of any other cases in which challenges to the same Final Rule at issue here are currently

pending." Dkt. 24 at 2.

//

1  Respectfully submitted,

2                                         JEFFREY BOSSERT CLARK
                                          Acting Assistant Attorney General
3
                                          WILLIAM C. PEACHEY
4                                         Director

5                                    By: /s/ *Erez Reuveni*
                                          EREZ REUVENI
6                                         Assistant Director
                                          Office of Immigration Litigation
7                                         U.S. Department of Justice, Civil Division
                                          P.O. Box 868, Ben Franklin Station
8                                         Washington, DC 20044
                                          Tel: (202) 307-4293
9                                         Email: Erez.R.Reuveni@usdoj.gov

10
                                          PATRICK GLEN
11                                        CHRISTINA GREER
                                          Senior Litigation Counsel
12
                                          CRAIG NEWELL
13                                        Trial Attorney

14

15  Dated: November 10, 2020               *Attorneys for Defendants*

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF OTHER CASES
*Pangea Legal Services v. DHS*, No. 3:20-cv-7721-SI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Erez Reuveni*
     EREZ REUVENI
     Assistant Director
     United States Department of Justice
     Civil Division

NOTICE OF OTHER CASES
*Pangea Legal Services v. DHS*, No. 3:20-cv-7721-SI