Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Pangea Legal Services, et al.

Plaintiff(s),

v.

U.S. Department of Homeland Security, et al.

Defendant(s).

Case No: 3:20-CV-7721

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Peter Margulies, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: amici curiae Immigration Law professors in the above-entitled action. My local co-counsel in this case is Susan Krumplitsch, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| Roger Williams University School of Law | DLA Piper LLP (US) |
| 10 Metacom Avenue, Bristol, RI 02809 | 2000 University Ave., E. Palo Alto, CA 94303 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (401) 258-6086 | (650) 833-2000 |
| My email address of record: | Local co-counsel's email address of record: |
| pmargulies@rwu.edu | susan.krumplitsch@us.dlapiper.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 23663.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 11/06/20

/s/ Peter Margulies
APPLICANT

---

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Peter Margulies is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 12, 2020

Susan Illston
UNITED STATES DISTRICT/MAGISTRATE JUDGE