UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANGEA LEGAL SERVICES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. 20-cv-07721-SI<br><br>**ORDER GRANTING LEAVE FOR AMICI TO FILE BRIEFS; GRANTING DEFENDANTS LEAVE TO FILE SUR-REPLY**<br><br>Re: Dkt. Nos. 53, 56 |

On November 10, 2020, two groups (immigration legal services organizations and immigration law professors) filed motions for leave to file amicus curiae briefs in support of plaintiffs' motion for a temporary restraining order. Dkt. Nos. 53, 56. Amici state that defendants oppose the filing of these briefs because they were filed the same day defendants' opposition was due and so defendants would not have an opportunity to respond.

The Court will GRANT amici immigration legal services organizations and immigration law professors leave to file their amicus briefs. The briefs at Docket Nos. 53-1 and 56-1 are hereby deemed FILED.

The Court will also GRANT defendants leave to file a sur-reply to each amicus brief, addressing the arguments raised therein. Each sur-reply shall not exceed ten pages in length. **Defendants shall file their sur-replies no later than November 16, 2020, at 12:00pm.**

**IT IS SO ORDERED**.

Dated: November 12, 2020

_____
SUSAN ILLSTON
United States District Judge