# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pangea Legal Services, et al., | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Civil Action No. 3:20-cv-07721 <br> ) |
| U.S. Dept. of Homeland Security, et al., | ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

## NOTICE OF APPERANCE

Please take notice that undersigned counsel hereby enters his appearance on behalf of all Defendants, without waiver of jurisdiction, venue, or service.

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

By: /s/ *Scott G. Stewart*
SCOTT G. STEWART
Deputy Assistant Attorney General
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel. (202) 307-6482
scott.g.stewart@usdoj.gov

Dated: November 13, 2020          *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                By: */s/ Scott G. Stewart*
                    SCOTT G. STEWART
                    Deputy Assistant Attorney General
                    United States Department of Justice
                    Civil Division