Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Pangea Legal Services, et al.

Plaintiff(s),

v.

U.S. Department of Homeland Security, et al.

Defendant(s).

Case No: 3:20-CV-7721

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Cameron Fine, an active member in good standing of the bar of Arizona, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: amici curiae Immigration Law professors in the above-entitled action. My local co-counsel in this case is Susan Krumplitsch, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| DLA Piper LLP (US) | DLA Piper LLP (US) |
| 2525 East Camelback Rd., Phoenix, AZ 85016 | 2000 University Ave., E. Palo Alto, CA 94303 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (480) 606-5100 | (650) 833-2000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| cameron.fine@us.dlapiper.com | susan.krumplitsch@us.dlapiper.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 029331.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/13/2020

/s/ Cameron Fine
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Cameron Fine is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE