# United States District Court

## District of Arizona

# Certificate of Good Standing

I, Debra D. Lucas, Clerk of this Court,

certify that Cameron Ailes Fine was duly admitted

to practice in this Court on May 20, 2013,

and is in good standing as a member

of the Bar of this Court.

Dated at Phoenix, Arizona, on November 9, 2020

| Debra D. Lucas | Beth Stephenson |
| --- | --- |
| CLERK OF COURT | DEPUTY CLERK |