<tr>
<tr>
</tr></tr>

<tr></tr>

<tr></tr>

JEFFREY BOSSERT CLARK
*Acting Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
CHRISTINA GREER
*Senior Litigation Counsel*
CRAIG NEWELL
*Trial Attorney*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pangea Legal Services, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>U.S. Dept. of Homeland Security, *et al.*,<br><br>  Defendants. | Civil Action No. 3:20-cv-7721-SI |

### RESPONSE TO AMICUS BRIEFS

Defendants submit this response to the two amicus briefs (Dkts. 53-1, 56-1) filed with the Court and the Court's order granting "defendants leave to file a sur-reply to each amicus brief, addressing the arguments raised therein," limited to "ten pages in length." Dkt. 62 at 1.

Defendants had previously opposed the two amicus briefs on the grounds that they were "being filed the same day the government's brief is due under the truncated briefing schedule the

parties negotiated, leaving the government no opportunity to respond, should a response be warranted." *E.g.* Dkt. 56 at 2. Having now had the opportunity to review both amicus briefs, Defendants do not believe a response is necessary. Defendants will be prepared to answer any questions the Court may have, including as to arguments raised in the amicus briefs, at oral argument on November 18.

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

By: /s/ *Erez Reuveni*
EREZ REUVENI
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

PATRICK GLEN
CHRISTINA GREER
Senior Litigation Counsel

CRAIG NEWELL
Trial Attorney

Dated: November 13, 2020        *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                        By:  */s/ Erez Reuveni*
                               EREZ REUVENI
                               Assistant Director
                               United States Department of Justice
                               Civil Division

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF OTHER CASES
*Pangea Legal Services v. DHS*, No. 3:20-cv-7721-SI