Naomi A. Igra, SBN 269095
naomi.igra@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

Sabrineh Ardalan (*pro hac vice*)
sardalan@law.harvard.edu
Philip L. Torrey (*pro hac vice*)
ptorrey@law.harvard.edu
HARVARD LAW SCHOOL
HARVARD IMMIGRATION AND REFUGEE CLINICAL PROGRAM
6 Everett Street, WCC 3103
Cambridge, MA 02138
Telephone: +1 617 384 7504
Facsimile: +1 617 495 8595

Sirine Shebaya (*pro hac vice*)
sirine@nipnlg.org
NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD
2201 Wisconsin Avenue N.W., Suite 200
Washington, D.C. 20007
Telephone: +1 202 656 4788
Facsimile: +1 617 227 5495

Leila Kang (*pro hac vice*)
leila@immdefense.org
IMMIGRANT DEFENSE PROJECT
40 W. 39th Street, Fifth Floor
New York, NY 10018
Telephone: +1 646 762 8428

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| PANGEA LEGAL SERVICES, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*,<br><br>    Defendants. | Case No. 3:20-cv-07721-SI<br><br>**DECLARATION OF NAOMI A. IGRA** |

DECLARATION OF NAOMI A. IGRA – CASE NO. 3:20-CV-07721-SI

I, Naomi A. Igra, declare as follows:

1. I am an attorney licensed to practice law in all the courts of the State of California. I am an associate at the law firm of Sidley Austin LLP, counsel of record for Plaintiffs Pangea Legal Services ("Pangea"), Dolores Street Community Services, Inc. ("DSCS"), Catholic Legal Immigration Network, Inc. ("CLINIC"), and Capital Area Immigrants' Rights Coalition ("CAIR Coalition") in this case. This declaration is submitted in support of Plaintiffs' Reply in Support of Motion for a Temporary Restraining Order. The facts set forth in this declaration are within my personal knowledge. If called as a witness, I could and would competently testify as follows:

2. Attached hereto as **Exhibit A** is a true and correct copy of Lindsay M. Harris, *Withholding Protection*, Colum. Hum. Rts. L. Rev. (2019) (AR.10943 – AR.11019).

3. Attached hereto as **Exhibit B** is a true and correct copy of EOIR Docket No. EOIR-2019-0005-0434, Comment on Proposed Rule from Harvard Immigration and Refugee Clinical Program, dated January 21, 2020 (AR.09480 – AR.09497).

4. Attached hereto as **Exhibit C** is a true and correct copy of EOIR Docket No. EOIR-2019-0005-0366, Comment on Proposed Rule from The Catholic Legal Immigration Network, Inc., dated January 21, 2020 (AR.08956 – AR.08971).

5. Attached hereto as **Exhibit D** is a true and correct copy of EOIR Docket No. EOIR-2019-0005-0536, Comment on Proposed Rule from Freedom Network USA, dated January 21, 2020 (AR.10554 – AR.10562).

6. Attached hereto as **Exhibit E** is a true and correct copy of EOIR Docket No. EOIR-2019-0005-0541, Comment on Proposed Rule from International Rescue Committee, dated January 20, 2020 (AR.10568 – AR.10578).

7. Attached hereto as **Exhibit F** is a true and correct copy of EOIR Docket No. EOIR-2019-0005-0542, Comment on Proposed Rule from The Florence Immigrant & Refugee Rights Project, dated January 21, 2020 (AR.10579 – AR.10599).

8. Attached hereto as **Exhibit G** is a true and correct copy of EOIR Docket No. EOIR-2019-0005-0304, Comment on Proposed Rule from Andrew Bahr, dated January 18, 2020 (AR.08837 – AR.08838).

9. Attached hereto as **Exhibit H** is a true and correct copy of EOIR Docket No. EOIR-2019-0005-0534, Comment on Proposed Rule from the City of New York, dated January 21, 2020 (AR.10546 – AR.10552).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 13th day of November 2020, at San Francisco, California.

*/s/ Naomi A. Igra*
Naomi A. Igra