UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** November 19, 2020 | **Time:** 45 mins | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 20-cv-7721 SI | **Case Name:** Pangea Legal Services et al v. U.S. Department of Homeland Security et al | |

**Attorney for Plaintiffs:** Chike Croslin and Naomi Igra
**Attorney for Defendants:** Scott Stewart

**Deputy Clerk:** Stephen Ybarra          **Court Reporter:** Ana Dub

### PROCEEDINGS

HEARING ON PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER – held via Zoom Webinar.

### RESULTS OF HEARING

The Court heard oral argument from the parties. The motion is taken under submission.