Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Pangea Legal Services, et al.  )
                               )  Case No: 3:20-CV-7721
              Plaintiff(s),    )
                               )  **APPLICATION FOR**
     v.                        )  **ADMISSION OF ATTORNEY**
                               )  **PRO HAC VICE**
U.S. Department of Homeland Security, et al.  )  (CIVIL LOCAL RULE 11-3)
                               )
              Defendant(s).    )
                               )

I, Adam Pie, an active member in good standing of the bar of Maryland, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: amici curiae Immigration Law professors in the above-entitled action. My local co-counsel in this case is Susan Krumplitsch, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
DLA Piper LLP (US)
6225 Smith Avenue, Baltimore, MD 21209

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
DLA Piper LLP (US)
2000 University Ave., E. Palo Alto, CA 94303

MY TELEPHONE # OF RECORD:
(410) 580-3000

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(650) 833-2000

MY EMAIL ADDRESS OF RECORD:
adam.pie@us.dlapiper.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
susan.krumplitsch@us.dlapiper.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1212120377.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/06/20                                    /s/ Adam Pie
                                                   APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Adam Pie is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                                   UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                    *October 2012*