JEFFREY BOSSERT CLARK
*Acting Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
CHRISTINA GREER
*Senior Litigation Counsel*
CRAIG NEWELL
*Trial Attorney*

Naomi Igra, SBN 269095
naomi.igra@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

*Counsel for plaintiffs*

(Additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| PANGEA LEGAL SERVICES, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*,<br><br>　　　　　Defendants. | Case No. 3:20-cv-7721-SI<br><br>**JOINT STIPULATION TO EXTEND TIME AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Assigned to Hon. Susan Illston |

WHEREAS, on November 19, 2020, this Court issued a temporary restraining order ("TRO") enjoining Defendants and their officers, agents, servants, employees, and attorneys, and any other person or entity subject to their control or acting directly or indirectly in concert or participation with the Defendants, from implementing or enforcing the rule titled Procedures for Asylum and Bars to Asylum Eligibility, 85 Fed. Reg. 67202 (Oct. 21, 2020) ("the Rule");

WHEREAS, on November 24, 2020, this Court issued an order converting the TRO issued November 19, 2020, into a preliminary injunction;

WHEREAS, Plaintiffs and Defendants (collectively, the "Parties") have agreed that they would benefit from additional time to meet and confer on matters including alternative dispute resolution and discovery planning;

WHEREAS, the current deadline for an alternative dispute resolution conference and a Fed. R. Civ. P. 26(f) conference is December 1, 2020;

WHEREAS, the current deadline for Defendants to respond to the Complaint is January 4, 2021;

WHEREAS, a Case Management Conference is currently set for December 22, 2020, at 11 am (by telephone);

WHEREAS, the Parties agree that good cause exists to extend all deadlines by thirty (30) calendar days (except as noted below to account for New Year's Eve and New Year's Day) and to continue the current date for the Case Management Conference and all associated deadlines, because an extension of time will serve judicial economy and conserve the Parties' resources;

WHEREAS, the Parties have not previously requested any extensions of their deadlines in this case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the Parties, and the Court's approval as to the following is hereby requested, that:

The deadline for an alternative dispute resolution conference and a Fed. R. Civ. P. 26(f) conference be extended from December 1, 2020, to January 4, 2021;

1  The deadline for Defendants to respond to the Complaint be extended from January 4, 2021, to February 3, 2021;

The December 22, 2020, Case Management Conference be continued to January 22, 2021, or as soon thereafter as the Court's calendar will permit; and

Deadlines associated with the Case Management Conference be adjusted to reflect the new date of the Case Management Conference.

| | |
|---|---|
| November 30, 2020 | Respectfully submitted, |
| By: /s/ *Naomi A. Igra* | By: /s/ Erez Reuveni (with permission) |
| Naomi A. Igra, SBN 269095<br>naomi.igra@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Phone: +1 415 772 1200/Fax: +1 415 772 7400 | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General<br><br>WILLIAM C. PEACHEY<br>Director |
| Tobias S. Loss-Eaton (*pro hac vice*)<br>tlosseaton@sidley.com<br>Chike B. Croslin (*pro hac vice*)<br>ccroslin@sidley.com<br>Alice A. Wang (*pro hac vice*)<br>alice.wang@sidley.com<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Phone: +1 202 736 8000/Fax: +1 202 736 8711 | EREZ REUVENI<br>Assistant Director<br>Office of Immigration Litigation<br>U.S. Department of Justice, Civil Division<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 307-4293<br>Email: Erez.R.Reuveni@usdoj.gov |
| Jack W. Pirozzolo (*pro hac vice*)<br>jpirozzolo@sidley.com<br>Kenyon C. Hall (*pro hac vice*)<br>kenyon.hall@sidley.com<br>SIDLEY AUSTIN LLP<br>60 State Street, 36th Floor<br>Boston, MA 02109<br>Phone: +1 617 223 0300/Fax: +1 617 223 0301 | PATRICK GLEN<br>CHRISTINA GREER<br>Senior Litigation Counsel<br><br>CRAIG NEWELL<br>Trial Attorney |
| Sirine Shebaya (*pro hac vice*)<br>sirine@nipnlg.org<br>Cristina Velez*<br>*Not admitted in DC; working remotely from and barred in New York<br>cristina@nipnlg.org (*pro hac vice*)<br>NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD<br>2201 Wisconsin Avenue N.W., Suite 200<br>Washington, D.C. 20007<br>Phone: +1 202 656 4788/Fax: +1 617 227 5495 | *Attorneys for Defendants* |
| Sabrineh Ardalan (*pro hac vice*)<br>sardalan@law.harvard.edu<br>Philip L. Torrey (*pro hac vice*)<br>ptorrey@law.harvard.edu<br>Sameer Ahmed, SBN 319609<br>sahmed@law.harvard.edu<br>HARVARD LAW SCHOOL<br>HARVARD IMMIGRATION AND REFUGEE CLINICAL PROGRAM | |

6 Everett Street, WCC 3103
Cambridge, MA 02138
Phone: +1 617 384 7504/Fax: +1 617 495 8595

Leila Kang (*pro hac vice*)
leila@immdefense.org
Nabilah Siddiquee (*pro hac vice*)
nabilah@immdefense.org
IMMIGRANT DEFENSE PROJECT
40 W. 39th Street, Fifth Floor
New York, NY 10018
Phone: +1 646 762 8428

*Attorneys for Plaintiffs*

## LOCAL RULE 5-1 ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

November 30, 2020                                           /s/ *Naomi A. Igra*
                                                            Naomi A. Igra