**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| PANGEA LEGAL SERVICES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*, <br><br> Defendants. | Case No. 3:20-cv-7721-SI <br><br> [PROPOSED] **ORDER GRANTING JOINT REQUEST TO EXTEND TIME AND CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Assigned to Hon. Susan Illston |

Having duly considered the Joint Stipulation to Extend Time and Continue Case Management Conference filed by the Parties in this action on November 30, 2020 (the "Stipulation") and good cause showing:

IT IS HEREBY ORDERED that for the reasons set forth in the Stipulation, pending deadlines are stayed and the December 22, 2020 Case Management Conference is continued consistent with the schedule set forth below:

| Event | Current Date | New Date |
| --- | --- | --- |
| Deadline for alternative dispute resolution conference | December 1, 2020 | January 4, 2021 |
| Deadline for Fed. R. Civ. P. 26(f) conference | December 1, 2020 | January 4, 2021 |
| Deadline for Defendants to respond to Complaint | January 4, 2021 | February 3, 2021 |
| Last day to make written request to reschedule Case Management Conference | December 11, 2020 | January 11, 2021 |
| Deadline to file joint case management statement | December 15, 2020 | January 15, 2021 |
| Case Management Conference | December 22, 2020 | January 22, 2021 (or as soon thereafter as the Court's calendar will permit) |

DATED: November 30, 2020

Hon. Susan Illston
Senior District Judge

1

[PROPOSED] ORDER GRANTING JOINT REQUEST TO EXTEND TIME –
CASE NO. 20-CV-07721-SI