1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                     SAN FRANCISCO

| | |
|---|---|
| PANGEA LEGAL SERVICES, *et al.*, | Case No. 3:20-cv-07721-SI |
| Plaintiffs, | Assigned to Hon. Judge Susan Illston |
| v. | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*, | |
| Defendants. | |

1  This matter comes before the Court on the Administrative Motion to Consider Whether

2  Cases Should Be Related ("Motion") pursuant to Civil Local Rule 3-12 filed by plaintiffs in *Pangea*

3  *Legal Services, et al. v. U.S. Department of Homeland Security, et. al.*, No. 3:20-cv-07721-SI, and

4  *Pangea Legal Services, et al. v. U.S. Department of Homeland Security, et al.*, No. 3:20-cv-09253-

5  JD. The Court, having considered the papers and pleadings on file, and good cause appearing,

6  hereby ORDERS that:

7      1. Plaintiffs' Motion is GRANTED; and

8      2. The action entitled *Pangea Legal Services, et al. v. U.S. Department of Homeland Security*

9  No. 3:20-cv-09253-JD is hereby related to *Pangea Legal Services, et al. v. U.S. Department of*

10 *Homeland Security* No. 3:20-cv-07721-SI.

11     IT IS SO ORDERED.

13 DATED:_____    _____
14                                     Hon. Susan Illston
                                       United States District Judge

1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES -
CASE NO. 3:20-CV-07721-SI