JENNIFER C. PIZER (SBN 152327)
*jpizer@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
4221 Wilshire Boulevard, Suite 280
Los Angeles, California 90010
Telephone: (213) 590-5903

OMAR GONZALEZ-PAGAN*
*ogonzalez-pagan@lambdalegal.org*
RICHARD SAENZ*
*rsaenz@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005
Telephone: (212) 809-8585

BRIDGET CRAWFORD*
*bcrawford@immigrationequality.org*
IMMIGRATION EQUALITY
594 Dean Street
Brooklyn, New York 11238
Telephone: (212) 714-2904

JEFFREY S. TRACHTMAN*
*jtrachtman@kramerlevin.com*
AARON M. FRANKEL*
*afrankel@kramerlevin.com*
JASON M. MOFF*
*jmoff@kramerlevin.com*
CHASE MECHANICK*
*cmechanick@kramerlevin.com*
KRAMER LEVIN NAFTALIS &
    FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: 212.715.9100

AUSTIN MANES (SBN 284065)
*amanes@kramerlevin.com*
KRAMER LEVIN NAFTALIS &
    FRANKEL LLP
990 Marsh Road
Menlo Park, California 94025
Telephone: (650) 752-1718

* Application for admission *pro hac vice* forthcoming.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IMMIGRATION EQUALITY; OASIS LEGAL SERVICES; THE TRANSLATIN@ COALITION; BLACK LGBTQIA+ MIGRANT PROJECT; TRANSGENDER LAW CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; PETE GAYNOR, in his official capacity, if any, as Acting Secretary of the Department of Homeland Security; CHAD F. WOLF, in his official capacity, if any, as Acting Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF JUSTICE; WILLIAM P. BARR, in his official capacity as United States Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; JAMES MCHENRY, in his official capacity as Director of the Executive Office for | Case No.: 3:20-cv-09258 *(Filed in the earlier matter, 3:20-cv-07721-SI, and lodged in the instant-captioned matter)*<br><br>**DECLARATION OF JENNIFER C. PIZER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL L.R. 3-12.**<br>[Civil L.R. 7-11] |

1  | Immigration Review; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; KENNETH T. CUCCINELLI, in his official capacity as an Agent of the Department of Homeland Security,
2  |
3  |
4  | Defendants.

I, Jennifer C. Pizer, declare:

1. I am an attorney with Lambda Legal Defense and Education Fund, Inc., counsel of record for Plaintiffs Immigration Equality, Oasis Legal Services, The TransLatin@ Coalition; Black LGBTQIA+ Migrant Project, and Transgender Law Center (collectively, "Plaintiffs") in this case. I am licensed to practice law before the courts of the State of California and am admitted to practice in the United States District Court for the Northern District of California. I have personal knowledge of the facts stated herein and can testify competently thereto. I make this declaration in support of Plaintiffs' Motion to Consider Whether Cases Should be Related Under Civil Local Rule 3-12.

2. Attached hereto as Exhibit 1 is a true and correct copy of email exchanges between myself as counsel for Plaintiffs and Sara Winslow, Chief of the Civil Division at the United States Attorney's Office in San Francisco, California, dated December 17-20, 2020. In that series, on December 19, I notified Ms. Winslow that Plaintiffs intended to move the Court to relate the above-captioned case with the earlier-filed case *Pangea Legal Services v. U.S. Department of Homeland Security*, Case No. 20-cv-07721-SI (N.D. Cal., filed November 2, 2020). I asked whether Defendants would stipulate to the relating of the two cases.

3. Ms. Winslow responded on December 20 that she is unable to make any representations until it is decided who will be handling this case on behalf of the government.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Complaint for Declaratory and Injunctive Relief filed in Case No.: 3:20-cv-09258 on December 21, 2020.

I declare under penalty of perjury under the laws of the United States of America that each of the above statements is true and correct. Executed on December 21, 2020, in Los Angeles, California.

        */s/ Jennifer C. Pizer*
        Jennifer C. Pizer

**ATTESTATION PURSUANT TO L.R. 5-1(I)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

By: */s/ Austin Manes*
Austin Manes