# EXHIBIT 1

# Jenny Pizer

| | |
|---|---|
| **From:** | Winslow, Sara (USACAN) <Sara.Winslow@usdoj.gov> |
| **Sent:** | Sunday, December 20, 2020 11:23 AM |
| **To:** | Jenny Pizer |
| **Subject:** | Re: Giving notice that we plan to move to relate our case to Pangea Legal Services |

Hi Jenny, until we know who is handling for the government, I can't make any representations.  Best, Sara

> On Dec 19, 2020, at 6:50 PM, Jenny Pizer <jpizer@lambdalegal.org> wrote:
>
> Good evening Sara,
> Thank you for your continued responsiveness as we provide notice and seek to coordinate consistently with the applicable rules.  In addition to the motions I mentioned below, we also intend to file a motion to relate this case to *Pangea Legal Services v. U.S. Department of Homeland Security*, Case No. 20-cv-07721-SI (N.D. Cal., November 2, 2020).  These cases are related as defined by Civil L.R. 3-12 because they concern many of the same defendants, as well as similar plaintiffs, subject matter, and legal issues.  Pursuant to the notice requirements of Civil L.R. 7-11, we are requesting that Defendants stipulate to relate these two cases.  We understand that you may not be in a position to do so at this point.  But if you can, that would be helpful.  And if you cannot, please let me know that as well.
>
> Many thanks,
> Jenny
>
> **From:** Winslow, Sara (USACAN) <Sara.Winslow@usdoj.gov>
> **Sent:** Saturday, December 19, 2020 1:03 PM
> **To:** Jenny Pizer <jpizer@lambdalegal.org>
> **Subject:** Re: Trying to identify likely defense counsel in case to be filed on Monday with TRO motion
>
> Jenny - Since this case will likely be handled by Main Justice rather than the U.S. Attorney's Office (but we won't know for sure until after we see the complaint), I'm unable to consent on behalf of the government.  Best, Sara
>
>> On Dec 19, 2020, at 9:49 AM, Jenny Pizer <jpizer@lambdalegal.org> wrote:
>>
>> Good morning Sara,
>> Thanks so much for your response yesterday.  We understand you will be checking with Main Justice about who will be handling the case moving forward.  As we prepare our injunction papers now and in light of the length and number of regulations changed by this final rule, could we have your consent to file a brief of up to 50 pages?
>>
>> Many thanks in advance for your consideration,
>> Jenny

Jennifer C. Pizer (she/her)
Senior Counsel and Director of Law and Policy
**Lambda Legal**
4221 Wilshire Boulevard, Suite 280
Los Angeles, CA 90010
(213) 590-5903
jpizer@lambdalegal.org

<image001.jpg>
*Become a member or make a donation*
**Lambda Legal: Making the case for equality**

CONFIDENTIALITY NOTICE: This email transmission from Lambda Legal Defense and Education Fund, Inc. and any documents, files or previous email messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify us by reply email or by telephone at 213-590-5903 and destroy the original transmission and its attachments without reading or saving it in any manner.  Thank you.

---

**From:** Winslow, Sara (USACAN) <Sara.Winslow@usdoj.gov>
**Sent:** Friday, December 18, 2020 9:53 AM
**To:** Jenny Pizer <jpizer@lambdalegal.org>
**Subject:** RE: Trying to identify likely defense counsel in case to be filed on Monday with TRO motion

Hi Jenny,

Thank you for reaching out.  While I expect this case to be handled by Main Justice, we likely won't know for sure until we see the complaint.  Once you file, please email me your papers.

Best,
Sara

**Sara Winslow**
Chief, Civil Division
U.S. Attorney's Office, N. Dist. Calif.      Tel: (415) 436-6925
450 Golden Gate Ave., 9th Floor              Fax: (415) 436-6748
San Francisco, CA 94102-3495                 sara.winslow@usdoj.gov

---

**From:** Jenny Pizer <jpizer@lambdalegal.org>
**Sent:** Thursday, December 17, 2020 10:56 PM
**To:** Winslow, Sara (USACAN) <SWinslow@usa.doj.gov>
**Subject:** Trying to identify likely defense counsel in case to be filed on Monday with TRO motion

Sara,

I hope you have been well during this past month since I last requested your help identifying who I should contact at the Department of Justice in connection with a case in the Northern District of California. This time, I am writing about a case we plan to file this coming Monday in the Northern District and in which we plan to move for a temporary restraining order and preliminary injunction.  The case is a challenge to the rule entitled *Procedures for Asylum and Withholding of Removal; Credible Fear and Reasonable Fear Review*, as published on December 11, 2020 at 85 Fed. Reg. 80,274 et seq., which is scheduled to take effect on January 11, 2021.

On behalf of the plaintiffs, we want to give notice about our intention to seek a TRO and to discuss scheduling.  We also will be requesting court permission to file an overlong brief, which is necessary to address the many issues presented by the voluminous final rule, which was 128 pages long in the Federal Register and 419 pages long in its pre-published form.

Whether this case will be handled by your office or by Main Justice, your assistance in connecting me with the appropriate person would be very greatly appreciated.

Best regards to you,
Jenny

Jennifer C. Pizer (she/her)
Senior Counsel and Director of Law and Policy
**Lambda Legal**
4221 Wilshire Boulevard, Suite 280
Los Angeles, CA 90010
(213) 590-5903
jpizer@lambdalegal.org

<image001.jpg>
*Become a member or make a donation*
**Lambda Legal: Making the case for equality**

CONFIDENTIALITY NOTICE: This email transmission from Lambda Legal Defense and Education Fund, Inc. and any documents, files or previous email messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify us by reply email or by telephone at 213-590-5903 and destroy the original transmission and its attachments without reading or saving it in any manner.  Thank you.