JENNIFER C. PIZER (SBN 152327)
jpizer@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
4221 Wilshire Boulevard, Suite 280
Los Angeles, California 90010
Telephone: (213) 590-5903

OMAR GONZALEZ-PAGAN*
ogonzalez-pagan@lambdalegal.org
RICHARD SAENZ*
rsaenz@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005
Telephone: (212) 809-8585

BRIDGET CRAWFORD*
bcrawford@immigrationequality.org
IMMIGRATION EQUALITY
594 Dean Street
Brooklyn, New York 11238
Telephone: (212) 714-2904

JEFFREY S. TRACHTMAN*
jtrachtman@kramerlevin.com
AARON M. FRANKEL*
afrankel@kramerlevin.com
JASON M. MOFF*
jmoff@kramerlevin.com
CHASE MECHANICK*
cmechanick@kramerlevin.com
KRAMER LEVIN NAFTALIS &
    FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: 212.715.9100

AUSTIN MANES (SBN 284065)
amanes@kramerlevin.com
KRAMER LEVIN NAFTALIS &
    FRANKEL LLP
990 Marsh Road
Menlo Park, California 94025
Telephone: (650) 752-1718

* Application for admission *pro hac vice* forthcoming.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRATION EQUALITY; OASIS LEGAL SERVICES; THE TRANSLATIN@ COALITION; BLACK LGBTQIA+ MIGRANT PROJECT; TRANSGENDER LAW CENTER,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; PETE GAYNOR, in his official capacity, if any, as Acting Secretary of the Department of Homeland Security; CHAD F. WOLF, in his official capacity, if any, as Acting Secretary of the Department of | Case No.: 3:20-cv-09258 (*Filed in the earlier matter, 3:20-cv-07721-SI, and lodged in the instant-captioned matter*)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL L.R. 3-12.  [Civil L.R. 7-11]** |

| | |
|---|---|
| 1 | Homeland Security; U.S. DEPARTMENT OF JUSTICE; WILLIAM P. BARR, in his official capacity as United States Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; JAMES MCHENRY, in his official capacity as Director of the Executive Office for Immigration Review; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; KENNETH T. CUCCINELLI, in his official capacity as an Agent of the Department of Homeland Security, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants. |
| 8 | |

1    Plaintiffs Immigration Equality, Oasis Legal Services, The TransLatin@ Coalition; Black LGBTQIA+ Migrant Project, and Transgender Law Center (collectively, "Plaintiffs"), move under Civil Local Rules 3-12 and 7-11 to relate the above-captioned case to *Pangea Legal Services v. U.S. Department of Homeland Security*, Case No. 20-cv-07721-SI (N.D. Cal., filed November 2, 2020), which is currently pending before the undersigned.

   Upon consideration of the administrative motion, the Court finds these two cases are related as defined by Civil Local Rule 3-12.  The Court Clerk shall reassign the above-captioned case to the undersigned pursuant to Civil Local Rule 3-12(f).

IT IS SO ORDERED.

Date: _____, 2020

_____
Hon. Susan Illston
United States District Court Judge