| | |
|---|---|
| JENNIFER C. PIZER (SBN 152327) | JEFFREY S. TRACHTMAN* |
| jpizer@lambdalegal.org | jtrachtman@kramerlevin.com |
| LAMBDA LEGAL DEFENSE AND | AARON M. FRANKEL* |
| EDUCATION FUND, INC. | afrankel@kramerlevin.com |
| 4221 Wilshire Boulevard, Suite 280 | JASON M. MOFF* |
| Los Angeles, California 90010 | jmoff@kramerlevin.com |
| Telephone: (213) 590-5903 | CHASE MECHANICK* |
| | cmechanick@kramerlevin.com |
| OMAR GONZALEZ-PAGAN* | KRAMER LEVIN NAFTALIS & |
| ogonzalez-pagan@lambdalegal.org |     FRANKEL LLP |
| RICHARD SAENZ* | 1177 Avenue of the Americas |
| rsaenz@lambdalegal.org | New York, New York 10036 |
| LAMBDA LEGAL DEFENSE AND | Telephone: (212) 715-9100 |
| EDUCATION FUND, INC. | |
| 120 Wall Street, 19th Floor | AUSTIN MANES (SBN 284065) |
| New York, New York 10005 | amanes@kramerlevin.com |
| Telephone: (212) 809-8585 | KRAMER LEVIN NAFTALIS & |
| |     FRANKEL LLP |
| BRIDGET CRAWFORD* | 990 Marsh Road |
| bcrawford@immigrationequality.org | Menlo Park, California 94025 |
| IMMIGRATION EQUALITY | Telephone: (650) 752-1718 |
| 594 Dean Street | |
| Brooklyn, New York 11238 | * Application for admission *pro hac vice* |
| Telephone: (212) 714-2904 | forthcoming. |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IMMIGRATION EQUALITY; OASIS LEGAL SERVICES; THE TRANSLATIN@ COALITION; BLACK LGBTQIA+ MIGRANT PROJECT; TRANSGENDER LAW CENTER,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; PETE GAYNOR, in his official capacity, if any, as Acting Secretary of the Department of Homeland Security; CHAD F. WOLF, in his official capacity, if any, as Acting Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF JUSTICE; WILLIAM P. BARR, in his official capacity as United States Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; JAMES MCHENRY, in his official | Case No. 3:20-CV-0928-DMR *(Filed in the earlier matter, 3:20-cv-07721-SI, and lodged in the instant-captioned matter)*<br><br>**PROOF OF SERVICE** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | capacity as Director of the Executive Office for Immigration Review; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; KENNETH T. CUCCINELLI, in his official capacity as an Agent of the Department of Homeland Security,<br><br>            *Defendants*. |

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**             Case No.: 3:20-CV-0928-DMR

# PROOF OF SERVICE

I, Karen Strong, am employed in the Menlo Park, California office of Kramer Levin Naftalis & Frankel LLP. I am over the age of 18 and not a party to the within action. My business address is 990 Marsh Road, Menlo Park, California 94025. I am readily familiar with the firm's practice of collecting and processing of mail for mailing with the U.S. Postal Service and overnight delivery services.

On December 21, 2020, I caused the following document(s) to be served:

**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL L.R. 3-12.  [Civil L.R. 7-11] - FILED IN THE EARLIER FILED CASE, NO. 3:20-CV-07721-SI, AND LODGED IN THE LATER FILED CASE CAPTIONED HERE**

**DECLARATION OF JENNIFER C. PIZER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL L.R. 3-12.  [Civil L.R. 7-11]**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL L.R. 3-12.  [Civil L.R. 7-11]**

by electronic mail, addressed as follows:

Sameer Ahmed
Harvard Law School
Harvard Immigration and Refugee
 Clinical Program
6 Everett Street, WCC 3103
Cambridge, MA  02138
Telephone:  617-384-0088
sahmed@law.harvard.edu

Sabrineh Ardalan (*Pro Hac Vice*)
Harvard Immigration and Refugee Clinical Program
6 Everett Street, WCC 3106
Cambridge, MA 02138
Telephone:  617-384-7504
sardalan@law.harvard.edu

Chike Bascom Waugh Croslin (*Pro Hac Vice*)
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005
Telephone:  202-736-8000
ccroslin@sidley.com

| | |
|---|---|
| 1 | Kenyon Colli Hall (*Pro Hac Vice*) |
| | Sidley Austin LLP |
| 2 | 60 State Street, 36th Floor |
| | Boston, MA 02109 |
| 3 | Telephone:  617-223-0300 |
| | kenyon.hall@sidley.com |
| 4 | |
| | Leila Kang (*Pro Hac Vice*) |
| 5 | Immigrant Defense Project |
| | 40 W. 39th St., 5th Floor |
| 6 | New York, NY 10018 |
| | Telephone:  646-762-8428 |
| 7 | leila@immdefense.org |
| | |
| 8 | Tobias Loss-Eaton |
| | Sidley Austin LLP |
| 9 | 1501 K Street NW |
| | Washington, DC 20005 |
| 10 | Telephone:  202-736-8427 |
| | Facsimile:  202-736-8711 |
| 11 | tlosseaton@sidley.com |
| | |
| 12 | Jack Woodruff Pirozzolo (*Pro Hac Vice*) |
| | Sidley Austin LLP |
| 13 | 60 State Street, 36th Floor |
| | Boston, MA 02109 |
| 14 | Telephone:  617-223-0300 |
| | jpirozzolo@sidley.com |
| 15 | |
| | Sirine Shebaya (*Pro Hac Vice*) |
| 16 | National Immigration Project of the National Lawyers' |
| | 2201 Wisconsin Ave NW, Suite 200 |
| 17 | Washington, DC 20007 |
| | Telephone:  202-656-4788 |
| 18 | sirine@nipnlg.org |
| | |
| 19 | Philip L Torrey (*Pro Hac Vice*) |
| | Harvard Immigration and Refugee Clinical Program |
| 20 | 6 Everett Street, Suite 3105 |
| | Cambridge, MA 02138 |
| 21 | Telephone:  617-495-0638 |
| | ptorrey@law.harvard.edu |
| 22 | |
| | Cristina M Velez (*Pro Hac Vice*) |
| 23 | National Immigration Project of the National Lawyers Guild |
| | 2201 Wisconsin Ave., N.W. Suite 200 |
| 24 | Washington, DC 20007 |
| | Telephone:  347-943-1164 |
| 25 | cristina@nipnlg.org |
| | |
| 26 | Alice A. Wang (*Pro Hac Vice*) |
| | Sidley Austin LLP |
| 27 | 1501 K St. N.W. |
| | Washington, DC 20005 |
| 28 | 202-736-8470 |

**PROOF OF SERVICE**    Case No.: 3:20-CV-0928-DMR

| | |
|---|---|
| 1 | alice.wang@sidley.com |
| 2 | Nabilah Siddiquee (*Pro Hac Vice*) |
| | Immigrant Defense Project |
| 3 | 40 West 39th Street, 5th Floor |
| | New York, NY 10018 |
| 4 | Telephone: 646-760-0591 |
| | nabilah@immdefense.org |
| 5 | |
| | Naomi Ariel Igra |
| 6 | Sidley Austin LLP |
| | 555 California Street |
| 7 | Suite 2000 |
| | San Francisco, CA 94104 |
| 8 | 415-772-1495 |
| | Email: nigra@sidley.com |
| 9 | |
| | Representing the following: |
| 10 | Plaintiff Capital Area Immigrants' Rights Coalition |
| | Plaintiff Catholic Legal Immigration Network, Inc. |
| 11 | Plaintiff Pangea Legal Services |
| | Plaintiff, Dolores Street Community Services, Palo Alto |
| 12 | _____ |
| 13 | Joel Anderson Fleming |
| | Block & Leviton LLP |
| 14 | 260 Franklin Street, Suite 1860 |
| | Boston, MA 02110 |
| 15 | Telephone: (617) 398-5600 |
| | Facsimile: (617) 507-6020 |
| 16 | joel@blockleviton.com |
| 17 | Lauren Godles Milgroom |
| | Block & Leviton LLP |
| 18 | 260 Franklin Street, Suite 1860 |
| | Boston, MA 02110 |
| 19 | Telephone: (617) 398-5600 |
| | Facsimile: (617) 507-6020 (fax) |
| 20 | lauren@blockleviton.com |
| 21 | Representing Immigration Legal Services Organizations *(Amicus)* |
| 22 | _____ |
| 23 | Cameron Ailes Fine |
| | DLA Piper LLP (US) |
| 24 | 2525 E. Camelback Rd., Suite 1000 |
| | Phoenix, AZ 85016 |
| 25 | Telephone: 480-606-5132 |
| | Facsimile: 480-606-5101 |
| 26 | Cameron.fine@dlapiper.com |
| 27 | Susan Marie Krumplitsch |
| | DLA Piper LLP (US) |
| | 2000 University Avenue |
| 28 | East Palo Alto, CA 94303 |

**PROOF OF SERVICE** Case No.: 3:20-CV-0928-DMR

```
 1 | Telephone:  650-833-2440
   | Facsimile:  650-687-1230
 2 | susan.krumplitsch@us.dlapiper.com
   | Peter Simon Margulies (*Pro Hac Vice*)
 3 | Roger Williams University School of Law
   | 10 Metacom Avenue
 4 | Bristol, RI 02806
   | Telephone:  401-258-6086
 5 | pmargulies@rwu.edu
   |
 6 | Adam James Pie (*Pro Hac Vice*)
   | DLA Piper LLP (US)
 7 | 6225 Smith Avenue
   | Baltimore, MD 21209
 8 | Telephone:  (410) 580-3000
   | adam.pie@us.dlapiper.com
 9 |
   | Ellen Scordino
10 | DLA Piper LLP US
   | 33 Arch Street, 26th Floor
11 | Boston, MA 02110-1447
   | Telephone:  617-406-6085
12 | ellen.scordino@dlapiper.com
   |
13 | Shoba Wadhia (*Pro Hac Vice*)
   | Penn State Law
14 | 329 Innovation Blvd., Suite 118
   | University Park, PA 16802
15 | Telephone:  814-865-3823
   | SSW11@psu.edu
16 |
   | Representing Immigration Law Professors *(Amicus)*
17 | _____
   |
18 | Christina P Greer
   | U.S. Department of Justice
19 | Civil Division, Office of Immigration Litigation
   | P.O. Box 878
20 | Washington, DC 20044
   | Telephone:  202-598-8770
21 | christina.p.greer@usdoj.gov
   |
22 | Craig Alan Newell, Jr.
   | U.S. Department of Justice
23 | Civil Division, Office of Immigration Litigation
   | P.O. Box 878
24 | Ben Franklin Station
   | Washington, DC 20044
25 | Telephone:  202-514-0298
   | Craig.Newell@usdoj.gov
26 |
   | Erez R. Reuveni
27 | United States Department of Justice, Civil Division
   | Office of Immigration Litigation
28 | 450 5th Street NW
```

1  Washington, DC 20530
   Telephone: (202) 307-4293
2  Facsimile: (202) 305-7000
   erez.r.reuveni@usdoj.gov
3
   Scott G. Stewart
4  U.S. Department of Justice
   Office of Immigration Litigation, Civil Division
5  P.O. Box 868, Ben Franklin Station
   Washington, DC 20044
6  Telephone: 202-307-6482
   scott.g.stewart@usdoj.gov
7
   Representing the following:
8  Representing Defendant, Executive Office for Immigration Review
   Defendant, U.S. Citizenship and Immigration Services
9  Defendant, U.S. Customs and Border Protection
   Defendant, U.S. Customs and Border Protection
10 Defendant, U.S. Department of Justice
   Defendant, U.S. Immigration and Customs Enforcement
11     William P. Barr, and Kenneth T. Cuccinelli

12 _____

13 Sara Winslow
   Chief, Civil Division
14 U.S. Attorney's Office, N. Dist. Calif.
   450 Golden Gate Ave., 9th Floor
15 Teephone: (415) 436-6925
   Facsimile: (415) 436-6748
16 San Francisco, CA 94102-349
   sara.winslow@usdoj.gov
17
   Point of contact for the unrepresented Defendants in the above-captioned case.
18 _____

19     I declare under penalty of perjury that the foregoing is true and correct. Executed on

20 December 21, 2020, in Menlo Park, California.

21
                                          _/s/ Karen Strong_
22                                         Karen Strong

23

24

25

26

27

28

**PROOF OF SERVICE**                                       Case No.: 3:20-CV-0928-DMR