Naomi A. Igra, SBN 269095
naomi.igra@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

Sabrineh Ardalan (*pro hac vice* forthcoming)
sardalan@law.harvard.edu
Philip L. Torrey (*pro hac vice* forthcoming)
ptorrey@law.harvard.edu
HARVARD LAW SCHOOL
HARVARD IMMIGRATION AND REFUGEE CLINICAL PROGRAM
6 Everett Street, WCC 3103
Cambridge, MA 02138
Telephone: +1 617 384 7504
Facsimile: +1 617 495 8595

Sirine Shebaya (*pro hac vice*)
sirine@nipnlg.org
NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD
2201 Wisconsin Avenue N.W., Suite 200
Washington, D.C. 20007
Telephone: +1 202 656 4788
Facsimile: +1 617 227 5495

Leila Kang (*pro hac vice*)
leila@immdefense.org
IMMIGRANT DEFENSE PROJECT
40 W. 39th Street, Fifth Floor
New York, NY 10018
Telephone: +1 646 762 8428

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| PANGEA LEGAL SERVICES et. al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY et. al.,<br><br>        Defendants. | Case No. 3:20-cv-7721-SI<br><br>**PROOF OF SERVICE**<br><br>**JURY TRIAL DEMANDED** |

**PROOF OF SERVICE**

STATE OF CALIFORNIA          )
                             )    SS
COUNTY OF SANTA CLARA        )

I am employed in the County of Santa Clara, State of California. I am over the age of 18 years and not a party to the within action. My business address is 1001 Page Mill Road Building 1, Palo Alto, CA 94304.

On December 22, 2020, I served the foregoing document(s) described as

- ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, ECF NO. 84 (DEC. 21, 2020):
    - DECLARATION OF NAOMI A. IGRA IN SUPPORT OF PLAINTIFFS' ADMINSTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
    - [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

on all interested parties listed in the attached Service List, in this action as follows:

☒ (VIA U.S. CERTIFIED MAIL) I caused to be served the foregoing documents by U.S. CERTIFIED Mail, as follows: true copies of the documents were placed in sealed envelopes addressed to each interested party as shown on the below SERVICE LIST. Each such envelope with postage thereon fully prepaid, was placed for collection and mailing with the United States Postal Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 22, 2020, at Palo Alto, California.

*/s/ Melinda Hanhan*
Melinda Hanhan
Paralegal
Sidley Austin LLP

## SERVICE LIST

| | |
|---|---|
| U.S. Department of Homeland Security<br>c/o Office of the General Counsel<br>2707 Martin Luther King Jr. Ave SE, Mail Stop 0485<br>Washington, DC 20528-0485 | Chad F. Wolf,<br>U.S. Department of Homeland Security<br>c/o Office of the General Counsel<br>2707 Martin Luther King Jr. Ave SE, Mail Stop 0485<br>Washington, DC 20528-0485 |
| Kenneth T. Cuccinelli<br>U.S. Department of Homeland Security<br>c/o Office of the General Counsel<br>2707 Martin Luther King Jr. Ave SE, Mail Stop 0485<br>Washington, DC 20528-0485 | U.S. Citizenship and Immigration Services<br>c/o Office of the Chief Counsel<br>20 Massachusetts Ave. NW, Room 4210<br>Washington, DC 20529 |
| U.S. Immigration and Customs Enforcement<br>c/o Office of the Principal Legal Advisor<br>500 12th St. SW, Mail Stop 5900<br>Washington, DC 20536–5900 | Tony H. Pham<br>c/o Office of the Principal Legal Advisor<br>500 12th St. SW, Mail Stop 5900<br>Washington, DC 20536–5900 |
| U.S. Customs and Border Protection<br>c/o Office of Chief Counsel<br>1300 Pennsylvania Avenue, Suite 4.4–B<br>Washington, DC 20229 | Mark A. Morgan,<br>c/o Office of Chief Counsel<br>1300 Pennsylvania Avenue, Suite 4.4–B<br>Washington, DC 20229 |
| U.S. Department of Justice<br>c/o Office of the U.S. Attorney General<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | William P. Barr,<br>c/o Office of the U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| U.S. Department of Justice<br>c/o Executive Office for Immigration Review<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | James McHenry,<br>U.S. Department of Justice<br>c/o Executive Office for Immigration Review<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| | Civil-Process Clerk<br>c/o United States Attorney's Office<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

**ATTESTATION**

Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATE: December 23, 2020        /s/ *Naomi Igra*
                                Naomi Igra