1

2

3

4                               UNITED STATES DISTRICT COURT

5                              NORTHERN DISTRICT OF CALIFORNIA

6

7    PANGEA LEGAL SERVICES, et al.,            Case No. 20-cv-07721-SI

8                    Plaintiffs,

9           v.                                 **ORDER DENYING MOTIONS TO RELATE**

10   U.S. DEPARTMENT OF HOMELAND               Re: Dkt. Nos. 84, 85
     SECURITY, et al.,
11
                     Defendants.
12

13          On December 21, 2020, two motions to relate were filed seeking to relate two actions to the

14   one captioned above, namely: 20-cv-9253 (Pangea II) and 20-cv-9258 (the Immigration Equality

15   Matter).  Dkt Nos. 84 and 85.  On December 22, 2020, defendants opposed the motions arguing,

16   among other things, that the cases should not be related because the asylum rule challenged in the

17   instant action is wholly separate and distinct from the rule challenged in Pangea II and the

18   Immigration and Equality Matter.  Dkt. No. 86 at 3[1] ("The present action does not challenge [the

19   rule discussed in Pangea II and the Immigration Equality Matter]…   Rather it challenges an entirely

20   different and narrower rule.").

21          The Court agrees with defendants. The motions to relate are DENIED.

22

23          **IT IS SO ORDERED**.

24   Dated: December 23, 2020

25                                             _____

26                                             SUSAN ILLSTON
                                               United States District Judge
27

28
     _____
            [1] For ease of reference, this is the ECF branded page number.

United States District Court
Northern District of California