JEFFREY BOSSERT CLARK
*Acting Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
CHRISTINA P. GREER
*Senior Litigation Counsel*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8770
Email: Christina.P.Greer@usdoj.gov
PATRICK GLEN
*Senior Litigation Counsel*
CRAIG NEWELL
*Trial Attorney*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pangea Legal Services, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 3:20-cv-7721 |
| U.S. Dept. of Homeland Security, *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Defendants hereby appeal from the Court's Orders entered November 19, 2020 (ECF 69) and November 24, 2020 (ECF 74) in the above-captioned case to the United States Court of Appeals for the Ninth Circuit.

DEFENDANTS' NOTICE OF APPEAL
*Pangea Legal Services v. DHS*, No. 3:20-cv-7721

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

EREZ REUVENI
Assistant Director

By: */s/ Christina P. Greer*
    CHRISTINA P. GREER
    Senior Litigation Counsel
    Office of Immigration Litigation
    U.S. Department of Justice, Civil Division
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Tel: (202) 598-8770
    Email: Christina.P.Greer@usdoj.gov

PATRICK GLEN
Senior Litigation Counsel

CRAIG NEWELL
Trial Attorney

Dated: December 23, 2020    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Christina P. Greer*
    CHRISTINA P. GREER
    Senior Litigation Counsel
    United States Department of Justice
    Civil Division