1 JEFFREY BOSSERT CLARK
*Acting Assistant Attorney General*
2 WILLIAM C. PEACHEY
*Director*
3 EREZ REUVENI
*Assistant Director*
4 CHRISTINA P. GREER
*Senior Litigation Counsel*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8770
Email: Christina.P.Greer@usdoj.gov
PATRICK GLEN
*Senior Litigation Counsel*
CRAIG NEWELL
*Trial Attorney*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

Pangea Legal Services, *et al.*,

    Plaintiffs,

v.

U.S. Dept. of Homeland Security, *et al.*,

    Defendants.

Civil Action No. 3:20-cv-7721

## DEFENDANTS' EMERGENCY MOTION TO SHORTEN TIME

Defendants have filed an emergency motion to stay the Court's November 19, 2020, order issuing a temporary restraining order (ECF 69) and November 24, 2020, order converting that temporary restraining order into a preliminary injunction (ECF 74). As stated in that motion, if, upon reviewing the motion the Court does not believe that Defendants have met the requirements for a stay, Defendants request that the Court summarily deny the motion without awaiting a response from Plaintiffs. However, should the court request further briefing, Defendants now respectfully move this Court to shorten the time for briefing of that motion for stay. Defendants request that the Court issue a decision on the motion no later than January 7, 2020, so that the government can pursue other relief.

Defendants have conferred with Plaintiffs, who indicate that they oppose the motion for stay and this motion to shorten time.

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

EREZ REUVENI
Assistant Director

By: */s/ Christina P. Greer*
CHRISTINA P. GREER
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8770
Email: Christina.P.Greer@usdoj.gov

PATRICK GLEN
Senior Litigation Counsel

CRAIG NEWELL
Trial Attorney
*Attorneys for Defendants*

Dated: December 23, 2020

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Christina P. Greer*
CHRISTINA P. GREER
Senior Litigation Counsel
United States Department of Justice
Civil Division