UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANGEA LEGAL SERVICES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | Case No. 20-cv-07721-SI <br><br> **ORDER ON DEFENDNATS' MOTIONS TO STAY** <br><br> Re: Dkt. Nos. 91, 93 |

On December 23, defendants filed:

(1) a motion to stay the Court's November 19, 2020 order granting plaintiffs' motion for a temporary restraining order, which order was later covered to a preliminary injunction per the parties' agreement (see Dkt. Nos. 73 and 74) and,

(2) a motion to stay proceedings pending defendants' appeal of the Court's order described in (1). Dkt. Nos. 91 and 93. Plaintiffs do not oppose the motion to stay proceedings pending the appeal so long as the preliminary injunction remains in place.

The Court hereby GRANTS defendants' motion to stay proceedings pending their appeal.

Defendants' motion to stay the preliminary injunction is DENIED.

**IT IS SO ORDERED**.

Dated: December 28, 2020

SUSAN ILLSTON
United States District Judge