| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | DEC 28 2020 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

PANGEA LEGAL SERVICES; DOLORES STREET COMMUNITY SERVICES; CATHOLIC LEGAL IMMIGRATION NETWORK, INC.; CAPITAL AREA IMMIGRANTS' RIGHTS COALITION,

    Plaintiffs-Appellees,

  v.

U.S. DEPARTMENT OF HOMELAND SECURITY; CHAD F. WOLF, Secretary of Homeland Security; KENNETH T. CUCCINELLI, Deputy Secretary of the Department of Homeland Security; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TONY H. PHAM, Director of U.S. Immigration and Customs Enforcement; U.S. CUSTOMS AND BORDER PROTECTION; MARK A. MORGAN, Commissioner of U.S. Customs and Border Protection; UNITED STATES DEPARTMENT OF JUSTICE; WILLIAM P. BARR, Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; JAMES MCHENRY, Director of the Executive Office for Immigration Review,

    Defendants-Appellants.

No. 20-17490

D.C. No. 3:20-cv-07721-SI
Northern District of California,
San Francisco

ORDER

The appeal filed December 23, 2020 is a preliminary injunction appeal.

Accordingly, Ninth Circuit Rule 3-3 shall apply.

AC/MOATT

The mediation questionnaire is due three days after the date of this order.

If they have not already done so, within 7 calendar days after the filing date of this order, the parties shall make arrangements to obtain from the court reporter an official transcript of proceedings in the district court that will be included in the record on appeal.

The briefing schedule shall proceed as follows: the opening brief and excerpts of record are due not later than January 20, 2021; the answering brief is due February 17, 2021 or 28 days after service of the opening brief, whichever is earlier; and the optional reply brief is due within 21 days after service of the answering brief.  See 9th Cir. R. 3-3(b).

No streamlined extensions of time will be approved.  See 9th Cir. R. 31-2.2(a)(3).  Any request for an extension of time to file a brief must be made by written motion under Ninth Circuit Rule 31-2.2(b).

Failure to file timely the opening brief shall result in the automatic dismissal of this appeal by the Clerk for failure to prosecute.  See 9th Cir. R. 42-1.

    FOR THE COURT:

    MOLLY C. DWYER
    CLERK OF COURT

    By: Alex Christopher
    Deputy Clerk
    Ninth Circuit Rule 27-7