JENNIFER B. DICKEY
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
U.S. Department of Justice
EREZ REUVENI
Assistant Director

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pangea Legal Services, *et al.*, | Civil Action No. 3:20-cv-7721-SI |
| Plaintiffs | NOTICE OF REQUEST TO WITHDRAW COUNSEL SCOTT G. STEWART |
| v. | |
| U.S. Dept. of Homeland Security, *et al.*, | |
| Defendants. | |

1. TO: THE CLERK OF THE COURT
2. AND TO: ALL PARTIES OF RECORD AND THEIR COUNSEL:

PLEASE TAKE NOTICE that Scott G. Stewart hereby respectfully moves to withdraw as counsel of record for Defendants-Respondents in the above-captioned case on the grounds that his employment with the U.S. Department of Justice will end on January 20, 2021. Defendants will continue to be represented by all remaining counsel of record for Defendants.

Dated this January 14, 2021

Respectfully submitted,

JENNIFER B. DICKEY
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director

By: /s/ *Erez Reuveni*
EREZ REUVENI
Assistant Director
Office of Immigration Litigation
District Court Section
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20530

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2021, a copy of the foregoing was filed via the court's CM/ECF system, which will send electronic notice to all counsel of record.

By: /s/ *Erez Reuveni*
EREZ REUVENI
Assistant Director

Attorney for Defendants