UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 9 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| PANGEA LEGAL SERVICES; et al., | No.   20-17490 |
| Plaintiffs-Appellees, | D.C. No. 3:20-cv-07721-SI<br>Northern District of California,<br>San Francisco |
| v. | |
| U.S. DEPARTMENT OF HOMELAND<br>SECURITY; et al., | ORDER |
| Defendants-Appellants. | |

Appellants' unopposed motion (Docket Entry No. 29) to further stay
appellate proceedings is granted.

Appellate proceedings are stayed until September 7, 2022.  If no motion for
further relief is filed before this date, the briefing schedule will be reset in a future
order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7