ALICE A. WANG (pro hac vice)
alice.wang@sidley.com
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: 202-736-8470

*Attorney for Plaintiffs*

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO

| | |
|---|---|
| PANGEA LEGAL SERVICES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | Case No. 3:20-cv-7721-SI <br><br> **NOTICE OF WITHDRAWAL OF APPEARANCE OF ALICE A. WANG** |

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES OF RECORD AND THEIR COUNSEL:

  PLEASE TAKE NOTICE of this Notice of Withdrawal of Appearance of Alice A. Wang.  Ms. Wang will leave the employ of Sidley Austin LLP on February 1, 2023.

Plaintiffs will continue to be represented by all remaining counsel of record for Plaintiffs.

Dated: January 31, 2023         Respectfully submitted,

              By:  */s/ Alice A. Wang*
                 Alice A. Wang, pro hac vice
                 SIDLEY AUSTIN LLP
                 1501 K Street NW
                 Washington, DC 20005
                 Telephone: 202-736-8470

                 *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2023, a copy of the foregoing was filed via the court's CM/ECF system, which will send electronic notice to all counsel of record.

By: /s/ Alice A. Wang
Alice A. Wang