Adam J. Pié (admitted *pro hac vice*)
650 South Exeter Street
Suite 1100
Baltimore, MD, 21202
Telephone:  410-580-3000
Facsimile:   410-580-3001
Email:  adam.pie@us.dlapiper.com

*Amicus Curiae Immigration Law Professors*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| PANGEA LEGAL SERVICES, *et al.*, | Case No.: 3:20-cv-7721 SI |
| Plaintiffs, | Honorable Susan Illston |
| vs. | **NOTICE OF WITHDRAWAL OF APPEARANCE OF ADAM J. PIÉ** |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

TO: THE CLERK OF THE COURT AND

TO: ALL PARTIES OF RECORD AND THEIR COUNSEL

PLEASE TAKE NOTICE of this Notice of Withdrawal of Appearance of Adam J. Pié. Mr. Pié will leave the employ of DLA Piper LLP (US) on December 22, 2023. Amicus Curiae Immigration Law Professors will continue to be represented by all remaining counsel of record for Amicus Curiae Immigration Law Professors.

*/s/ Adam J. Pié*
Adam J. Pié (admitted *pro hac vice*)
DLA PIPER LLP (US)
650 South Exeter Street
Suite 1100

Baltimore, MD, 21202
Telephone:  410-580-3000
Facsimile:  410-580-3001
Email:  adam.pie@us.dlapiper.com

*Amicus Curiae Immigration Law Professors*

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2023, a copy of the foregoing was filed via the court's CM/ECF system, which will send electronic notice to all counsel of record.

*/s/ Adam J. Pié*
Adam J. Pié (admitted *pro hac vice*)
