| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | NOV 7 2024 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

PANGEA LEGAL SERVICES; et al.,

    Plaintiffs-Appellees,

 v.

U.S. DEPARTMENT OF HOMELAND SECURITY; et al.,

    Defendants-Appellants.

No. 20-17490

D.C. No. 3:20-cv-07721-SI
Northern District of California,
San Francisco

ORDER

  This petition has been held in abeyance since January 26, 2021, pending the completion of the rule review process by the Departments of Justice (DOJ) and Homeland Security (DHS).

  The Clerk will administratively close this petition. No mandate will issue in connection with this administrative closure, and this order does not constitute a decision on the merits. Within 14 days after DOJ and DHS complete the rule review process, the parties must notify this court and may move to reopen the petition or for other appropriate relief.

           FOR THE COURT:

           MOLLY C. DWYER
           CLERK OF COURT