UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANGEA LEGAL SERVICES, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants. | Case No. 20-cv-07721-SI<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

This case has been stayed pending defendants' appeal to the Ninth Circuit since December 28, 2020. Dkt. No. 95. On November 7, 2024, the Ninth Circuit issued an order administratively closing the petition, which has been held in abeyance since January 26, 2021. Dkt. No. 104. The Ninth Circuit instructed: "No mandate will issue in connection with this administrative closure, and this order does not constitute a decision on the merits." *Id.* In light of the foregoing and due to the inactivity of this federal case, the Court hereby administratively closes the case. The parties shall file a status report with this Court within 14 days after a ruling on the merits from the Ninth Circuit.

**IT IS SO ORDERED**.

Dated: January 10, 2025

_____
SUSAN ILLSTON
United States District Judge